**EXHIBIT A**

# Tignanello Perfect Body Crossbody Bag

