**EXHIBIT B**

# Tignanello Perfect 10 [French] Tote, Small

