**EXHIBIT C**

# Tignanello Perfect 10 Studded Shopper

