**EXHIBIT D**

# Tignanello Pocket Perfection Crossbody Organizer

