**EXHIBIT E**

# Tignanello Modern Mix Dome Tote

