**EXHIBIT F**

# Tignanello Pocket Perfection Swagger Satchel

