**EXHIBIT G**

# Tignanello Touchables Top Zip

