**EXHIBIT H**

# Tignanello Touchables Tote

