**EXHIBIT I**

# Kathy Van Zeeland Belted Shopper

