**EXHIBIT J**





Back to Homepage

Order Status | My Account | Customer Service | Wish List
Cart: 0 items

Search:

TIGNANELLO

QVC : Fashion : Handbags : Customer Top Rated

# Customer Top Rated

Showing 1-50 of 50 items | Sort By: Best Sellers

Narrow By:

Page View: Gallery | List

Items Per Page: 96

**Color**

- Black
- Blues
- Browns
- Gray
- Greens
- Oranges
- Pinks-Peaches
- Purples
- Reds
- Whites-Off-Whites
- Yellows-Golds
- Select All

**Price**

- $54.00 - $80.00
- $81.00 - $94.00
- $97.00 - $108.00
- $109.00 - $140.00
- Select All

**QVC Quick Links:**

- Current Item On Air
- Items Recently On Air
- *Today's Special Value®*
- New Today
- Watch QVC TV Live
- TV Program Guide

Compare Selected Items: COMPARE ▸ Deselect All

A1977 VIDEO

**Tignanello Pebble Leather Dble Handle Shoulder Bag with Wallet**
QVC Price: ~~$77.00~~
Introductory Price: **$69.84**
(1313 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A81707 VIDEO

**Tignanello Pebble Leather Crossbody Organizer Bag w/ Key Fob**
Customer Top Rated
QVC Price: ~~$61.50~~
Introductory Price: $55.86
(819 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A91550 VIDEO

**Tignanello Glove Leather Zip Top Shopper w/Card Wallet**
Customer Top Rated
QVC Price: ~~$97.00~~
Introductory Price: **$87.84**
(224 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A84937 VIDEO

**Tignanello Pebble Leather Studded Zip Top Dble Handle Satchel**
Customer Top Rated
QVC Price: ~~$108.00~~
Introductory Price: **$98.97**
(21 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A92852 VIDEO

**Tignanello Glove Leather Pocket Hobo w/Braided Accent & KeyFob**
Customer Top Rated
QVC Price: ~~$154.00~~
Introductory Price: **$139.44**
(70 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A199659 VIDEO

**Tignanello Glazed Leather Zip Top Shoulder Bag w/Key Fob**
Customer Top Rated
QVC Price: $70.00
(149 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

**A201357** <span>VIDEO</span>

Tignanello Glove Leather Zip
Top Crossbody Bag w/Stitch
Detail
Customer Top Rated
QVC Price: $89.00
Introductory Price: **$81.12**
★★★★⯪ (44 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A89699** <span>VIDEO</span>

Tignanello Pebble Leather
Curved Zip Pocket Hobo Bag
Customer Top Rated
QVC Price: $122.50
Introductory Price: **$111.48**
★★★★★ (50 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A200262** <span>VIDEO</span>

Tignanello Pebble Leather
Zip Top Convertible
Crossbody Bag
Customer Top Rated
QVC Price: $82.50
★★★★⯪ (13 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A93784** <span>VIDEO</span>

Tignanello Pebble Leather
Zip Top Shoulder Bag w/ Key
Fob
Customer Top Rated
QVC Price: $66.00
Introductory Price: **$59.98**
★★★★⯪ (461 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A73436** <span>VIDEO</span>

Tignanello Pebble Leather
Top Zip Shoulder Bag w/Key
Fob
Customer Top Rated
QVC Price: $60.00
Introductory Price: **$54.57**
★★★★⯪ (306 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A201343** <span>VIDEO</span>

Tignanello Glove Leather Zip
Top Hobo Bag with Pleated
Pocket
Customer Top Rated
QVC Price: $99.50
Introductory Price: **$89.98**
★★★★★ (14 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A200264** <span>VIDEO</span>

Tignanello Glove Leather A-
Line Shopper with Contrast
Trim
Customer Top Rated
QVC Price: $107.00
Introductory Price: **$97.34**
★★★★★ (31 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A77755** <span>VIDEO</span>

Tignanello East/West Leather
Double Handle Top Zip
Shopper
Customer Top Rated
QVC Price: $109.00
★★★★⯪ (126 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

**A82583** <span>VIDEO</span>

Tignanello Pebble Leather
Double Handle
CinchedSatchel
Customer Top Rated
QVC Price: $94.00
★★★★⯪ (143 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST



A95732    📷 VIDEO
Tignanello Glove Leather
Slouchy Hobo Bag with
Stitch Detail
Customer Top Rated
QVC Price: $121.00
⭐⭐⭐⭐⭐ (19 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A94043    📷 VIDEO
Tignanello Glove Leather Zip
Top Convertible Shoulder
Bag
Customer Top Rated
QVC Price: $66.00
⭐⭐⭐⭐½ (184 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A96048    📷 VIDEO
Tignanello Pebble Leather
Zip Top East/West
Crossbody Bag
Customer Top Rated
QVC Price: $56.25
⭐⭐⭐⭐⭐ (20 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A201347    📷 VIDEO
Tignanello Glazed Leather
Satchel w/Front Pockets
Customer Top Rated
QVC Price: $119.50
Introductory Price: $108.72
⭐⭐⭐⭐½ (14 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A201352    📷 VIDEO
Tignanello Glazed Leather
Zip Top Crossbody
Bagw/Front Pockets
Customer Top Rated
QVC Price: $79.00
Introductory Price: $72.12
⭐⭐⭐⭐½ (17 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A98198    📷 VIDEO
Tignanello Pebble Leather
Double Handle
Shopper/Ring hardware
Customer Top Rated
QVC Price: $98.00
⭐⭐⭐⭐⭐ (11 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A200258    📷 VIDEO
Tignanello Glove Leather Zip
Top Convertible Satchel
Customer Top Rated
QVC Price: $108.00
⭐⭐⭐⭐⭐ (25 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A94428    📷 VIDEO
Tignanello Pleated Detail
PebbleLeather Double
Handle Shopper
Customer Top Rated
QVC Price: $99.00
⭐⭐⭐⭐⭐ (24 reviews)

☐ Select to Compare
▶ ADD TO CART
○ SPEED BUY
○ ADD TO WISH LIST

A81275    📷 VIDEO
**Tignanello Pebble Leather
Double Handle
S̲addleShopper**
Customer Top Rated
QVC Price: $102.50
⭐⭐⭐⭐⭐ (16 reviews)

☐ Select to Compare
▶ ADD TO CART Introductory Price: $92.42
○ SPEED BUY
○ ADD TO WISH LIST



A94957    VIDEO
Tignanello Pebble Leather
Double Handle Tote w/Stitch
Detail
Customer Top Rated
QVC Price: $99.50
★★★★★ (18 reviews)

A81422    VIDEO
Tignanello Pebble Leather
Large North/South Organizer
Tote
Customer Top Rated
QVC Price: $110.00
Introductory Price: $99.98
★★★★½ (84 reviews)

A98184    VIDEO
Tignanello Two-Tone Glove
Leather Zip Top Crossbody
Bag
Customer Top Rated
QVC Price: $79.50
★★★★½ (37 reviews)

☐ Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

☐ Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

☐ Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A87058    VIDEO
Tignanello Pebble Leather
Triple Compartment Dbl Hnd
Satchel
Customer Top Rated
QVC Price: $102.00
Introductory Price: $92.46
★★★★½ (41 reviews)

A201346    VIDEO
Tignanello Glove Leather Zip
Top Convertible Satchel
Customer Top Rated
QVC Price: $112.00
★★★★½ (11 reviews)

A96028    VIDEO
Tignanello Glove Leather
Double Handle Shopper
Customer Top Rated
QVC Price: $128.00
★★★★★ (20 reviews)

☐ Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

☐ Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

☐ Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A199551    VIDEO

A199549    VIDEO

A88987    VIDEO

Tignanello Pebble Leather

Tignanello Pebble Leather

Tignanello Pebble Leather



Tignanello Pebble Leather
Double Handle Tote
Customer Top Rated
QVC Price: $109.50
★★★★½ (26 reviews)

Tignanello Pebble Leather
Bucket Hobo Bag
Customer Top Rated
QVC Price: $93.50
★★★★★ (16 reviews)

Tignanello Pebble Leather
Zip Top Crossbody Bag with
Key Fob
Customer Top Rated
QVC Price: $76.50
★★★★★ (43 reviews)

☐ Select to Compare    ☐ Select to Compare    ☐ Select to Compare

▶ ADD TO CART    ▶ ADD TO CART    ▶ ADD TO CART
● SPEED BUY    ● SPEED BUY    ● SPEED BUY
● ADD TO WISH LIST    ● ADD TO WISH LIST    ● ADD TO WISH LIST

A94047    🎥 VIDEO    A88985    🎥 VIDEO    A86057    🎥 VIDEO

Tignanello Pebble Leather
Zip Top Organizer Pocket
Satchel
Customer Top Rated
QVC Price: $90.00
Introductory Price: $81.82
★★★★★ (17 reviews)

Tignanello Pebble Leather
Double Handle Tote w/Key
Fob
Customer Top Rated
QVC Price: $116.00
Introductory Price: $105.48
★★★★★ (33 reviews)

Tignanello Pebble Leather
Zip Top Barrel Bag with Key
Fob
Customer Top Rated
QVC Price: $66.00
★★★★½ (157 reviews)

☐ Select to Compare    ☐ Select to Compare    ☐ Select to Compare

▶ ADD TO CART    ▶ ADD TO CART    ▶ ADD TO CART
● SPEED BUY    ● SPEED BUY    ● SPEED BUY
● ADD TO WISH LIST    ● ADD TO WISH LIST    ● ADD TO WISH LIST

A199553    🎥 VIDEO    A96049    🎥 VIDEO    A91294    🎥 VIDEO

Tignanello Glove Leather
Double Handle Flap Satchel
Customer Top Rated
QVC Price: $121.00
Introductory Price: $109.96
★★★★½ (19 reviews)

Tignanello Pleated Pebble
Leather Hobo Bag w/Eyelet
Accent
Customer Top Rated
QVC Price: $94.00
★★★★½ (47 reviews)

Tignanello Glove Leather Zip
Top Hobo Bag with Hardware
Detail
Customer Top Rated
QVC Price: $98.00
★★★★½ (74 reviews)

☐ Select to Compare    ☐ Select to Compare    ☐ Select to Compare

▶ ADD TO CART    ▶ ADD TO CART    ▶ ADD TO CART
● SPEED BUY    ● SPEED BUY    ● SPEED BUY
● ADD TO WISH LIST    ● ADD TO WISH LIST    ● ADD TO WISH LIST



A96449   VIDEO

Tignanello Glove Leather
Double Handle Shopper
Customer Top Rated
QVC Price: $91.00
★★★★½ (18 reviews)
☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A73367   VIDEO

Tignanello Suede Small
Double Handle Buckle Tote
Customer Top Rated
QVC Price: $62.00
★★★★★ (65 reviews)
☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A94420   VIDEO

Tignanello Pebble Leather
Large Double Handle Tote
Bag
Customer Top Rated
QVC Price: $120.00
★★★★★ (14 reviews)
☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A87053   VIDEO

Tignanello Pebble Leather
Double Handle Dome Tote
Bag
Customer Top Rated
QVC Price: $81.50
★★★★½ (22 reviews)

☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A77696   VIDEO

Tignanello Pebble Leather
Half Flap Bucket Bag
Customer Top Rated
QVC Price: $84.50
★★★★★ (37 reviews)

☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A95734   VIDEO

Tignanello Pleated Pebble
Leather Double
HandleShopper
Customer Top Rated
QVC Price: $104.00
★★★★★ (20 reviews)

☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A84923   VIDEO

Tignanello Suede Double
Handle Convertible French
Tote
Customer Top Rated
QVC Price: $64.50
Introductory Price: $58.64
★★★★½ (58 reviews)

☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A88981   VIDEO

Tignanello Glove Leather
Single Strap Zip Top Hobo
Bag
Customer Top Rated
QVC Price: $133.00
★★★★½ (27 reviews)

☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A73372   VIDEO

Tignanello Suede Double
Handle Large Shopper Tote
Customer Top Rated
QVC Price: $104.50
★★★★½ (44 reviews)

☐ Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST







A95707 VIDEO

**Tignanello Glove Leather Double Handle Satchel with Pockets**
Customer Top Rated
QVC Price: $103.50
(13 reviews)

Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A92534 VIDEO

**Tignanello Suede Double Handle Small Ring Tote w/Contrast Trim**
Customer Top Rated
QVC Price: $105.00
(22 reviews)

Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

**Compare Selected Items:** COMPARE Deselect All

**Page View:** Gallery | List **Items Per Page:** 96

**Showing 1-50 of 50 items | Sort By:** Best Sellers

Need help? Visit Customer Service. | Question about the item on air now? Ask Us Live | Sign up for: Email or Mobile

**Return Policy** | **Why Shop QVC?** | **Clearance** | **Gift Cards** | **Insider Magazine** | **QVC Community** | **Site Map**

Order toll-free anytime by phone: **1-888-345-5788** | TDD for the hearing impaired: click here

**Corporate**
About Us
Meet our Hosts
Careers
Media
Come Visit Us
Vendor Relations

**QVC Everywhere**
QVC iPhone App
QVC Desktop Alert
QVC on Facebook
QVC on YouTube
QVC on Twitter
QVC United Kingdom
QVC Japan
QVC Germany
QVC Retail Stores

**For Your Convenience**
All Orders
Easy Pay Orders
Auto-Delivery Orders
Return Orders
Email Services
Email Reminders
Credit Cards

**Policies & Information**
Privacy Statement
Safe Harbor Statement
General Terms of Use
Community Standards
Product Recall Info
Pricing & Retail Values
Additional Legal Info

**QCard**
Apply for a QCard
Manage Your Account or Pay Your Bill
Sign Up

Other Liberty Media Companies: Outdoor Gear from Backcountry.com | Flowers from ProFlowers.com
Holiday Costumes from BuyCostumes.com | Gifts from RedEnvelope.com

QVC is not responsible for the availability, content, security, policies, or practices of the above referenced third-party linked sites, nor liable for statements, claims, opinions, or representations contained therein. QVC's Privacy Statement does not apply to these third-party web sites.

©1995-2010 QVC, Inc. All rights reserved Trademark Notice

Back to Homepage

Order Status | My Account | Customer Service | Wish List | Cart

Search: GO

KATHY VAN ZEELAND

QVC : Fashion : Handbags : Customer Top Rated

# Customer Top Rated

Showing 1-44 of 44 items | Sort By: Featured

Narrow By:

Page View: Gallery | List

Items Per Page: 96

**Color**

- Black
- Blues
- Browns
- Gray
- Greens
- Multi-Colors
- Oranges
- Pinks-Peaches
- Purples
- Reds
- Whites-Off-Whites
- Yellows-Golds
- Select All

**Price**

- $41.00 - $64.00
- $65.00 - $71.00
- $72.00 - $83.00
- $87.00 - $105.00
- Select All

**QVC Quick Links:**

- Current Item On Air
- Items Recently On Air
- *Today's Special Value®*
- New Today
- Watch QVC TV Live
- TV Program Guide

Compare Selected Items: COMPARE ▸ Deselect All

A201999 VIDEO

**Kathy VanZeeland Double Strap Drawstring Tote with Applique**
Customer Top Rated
QVC Price: ~~$78.00~~
Featured Price: **$71.24**
(23 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A200514 VIDEO

**Kathy Van Zeeland Lizard Embossed Washed Nappa Zip Top Hobo**
Customer Top Rated
QVC Price: ~~$67.00~~
Featured Price: **$59.98**
(11 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A200527 VIDEO

**Kathy Van Zeeland Lizard Embossed Washed Nappa Zip Top Satchel**
Customer Top Rated
QVC Price: ~~$67.00~~
Featured Price: **$59.98**
(16 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A200518 VIDEO

**Kathy Van Zeeland Liquid Nappa Double Handle Shopper**
Customer Top Rated
QVC Price: ~~$71.00~~
Featured Price: **$64.80**
(42 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A200530 VIDEO

**Kathy Van Zeeland Nappa Zip Top Convertible Crossbody Bag**
Customer Top Rated
QVC Price: $59.00
(10 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A200462 VIDEO

**Kathy Van Zeeland Nappa Tote with Metal Mesh Belt**
Customer Top Rated
QVC Price: $74.00
(16 reviews)

Select to Compare
ADD TO CART
SPEED BUY
ADD TO WISH LIST

A200483    VIDEO

**Kathy Van Zeeland Nappa Shopper w/Snake Embossed Trim**
Customer Top Rated
QVC Price: $74.00
★★★★★ (27 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A200484    VIDEO

**Kathy Van Zeeland Washed Pebble Zip Top Satchel**
Customer Top Rated
QVC Price: $74.00
★★★★★ (11 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A200487    VIDEO

**Kathy VanZeeland WashedPebble Nappa ConvertibleCrossbody Bag**
Customer Top Rated
QVC Price: $59.00
★★★★★ (19 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A200489    VIDEO

**Kathy Van Zeeland Pebble Embossed Tote with Jewel Accents**
Customer Top Rated
QVC Price: $82.50
Clearance Price: $46.42
★★★★½ (13 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A200503    VIDEO

**Kathy Van Zeeland Croco Embossed Soft Nappa Crossbody Bag**
Customer Top Rated
QVC Price: $66.50
Clearance Price: $41.56
★★★★½ (12 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A200256    VIDEO

**Kathy Van Zeeland Double Handle Washed Nappa Shopper**
Customer Top Rated
QVC Price: $66.50
Featured Price: $59.98
★★★★½ (56 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A198984    VIDEO

**Kathy Van Zeeland Zip Top Swagger Satchel**
Customer Top Rated
QVC Price: $80.00
Featured Price: $72.42
★★★★★ (12 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A198989    VIDEO

**Kathy Van Zeeland Pebble Embossed Nappa Zip TopHobo Bag**
Customer Top Rated
QVC Price: $66.75
★★★★½ (17 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST

A199496    VIDEO

**Kathy Van Zeeland Washed Nappa Swagger Satchel**
Customer Top Rated
QVC Price: $66.50
★★★★★ (12 reviews)

☐ Select to Compare

▶ ADD TO CART
◉ SPEED BUY
◉ ADD TO WISH LIST



A199820   📹 VIDEO

**Kathy Van Zeeland Pebble Embossed Washed Nappa Crossbody Bag**
Customer Top Rated
QVC Price: $76.00
Featured Price: $68.76
★★★★½ (24 reviews)

☐ Select to Compare
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A98059   📹 VIDEO

**Kathy Van Zeeland Croco Embossed Washed Nappa Tote**
Customer Top Rated
QVC Price: $82.00
Featured Price: $76.58
★★★★½ (17 reviews)

☐ Select to Compare
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A199498   📹 VIDEO

**Kathy Van Zeeland Ostrich Embossed Washed NappaZip Top Hobo**
Customer Top Rated
QVC Price: $64.00
★★★★½ (24 reviews)

☐ Select to Compare
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A96623   📹 VIDEO

**KathyVanZeeland Crushed Nappa Convertible Zip Top Satchel**
Customer Top Rated
QVC Price: $76.50
Clearance Price: $47.88
★★★★½ (32 reviews)

☐ Select to Compare
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A96581   📹 VIDEO

**KathyVanZeeland Washed Snake Embossed Shoulder Bag w/Stud Acct**
Customer Top Rated
QVC Price: $67.50
Available for 3 Easy Payments
★★★★★ (31 reviews)

☐ Select to Compare
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A96582   📹 VIDEO

**KathyVanZeeland Crinkled Nappa Zip Top Hobo Bagw/Pyramid Studs**
Customer Top Rated
QVC Price: $67.00
★★★★½ (19 reviews)

☐ Select to Compare
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A96594   📹 VIDEO

**KathyVanZeeland Nappa DoubleHandle Shopper w/ Zee Key Fob**
Customer Top Rated
QVC Price: $74.00
(...views)
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A96605   📹 VIDEO

**KathyVanZeeland Washed Nappa Zip Top Hobo Bag w/Zee Key Fob**
Customer Top Rated
QVC Price: $69.00
.86
(24 reviews)
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST

A96609   📹 VIDEO

**KathyVanZeeland Washed Snake Embossed Double Handle Tote**
Customer Top Rated
QVC Price: $64.50
(...views)
▶ ADD TO CART
⊙ SPEED BUY
⊙ ADD TO WISH LIST



A93649    ▶ VIDEO

KathyVanZeeland Glove
Nappa Embellished Tote
w/Pebble Trim
Customer Top Rated
QVC Price: $100.00
Featured Price: $91.32
★★★★½ (62 reviews)

A95892    ▶ VIDEO

Kathy Van Zeeland Nappa Zip
Top Pocket ShoulderBag
Customer Top Rated
QVC Price: $69.50
★★★★½ (11 reviews)

A94950    ▶ VIDEO

KathyVanZeeland Nappa &
Croco Embossed Double
Handle Shopper
Customer Top Rated
QVC Price: $81.00
★★★★★ (15 reviews)

☐ Select to Compare        ☐ Select to Compare        ☐ Select to Compare

▶ ADD TO CART              ▶ ADD TO CART              ▶ ADD TO CART
● SPEED BUY                ● SPEED BUY                ● SPEED BUY
● ADD TO WISH LIST         ● ADD TO WISH LIST         ● ADD TO WISH LIST

A94363    ▶ VIDEO

KathyVanZeeland Snake
Embossed Washed Nappa
Zip Top Satchel
Customer Top Rated
QVC Price: $89.00
★★★★★ (16 reviews)

A94315    ▶ VIDEO

Kathy Van Zeeland Snake
Embossed Washed Nappa
Zip Top HoboBag
Customer Top Rated
QVC Price: $79.00
★★★★½ (26 reviews)

A93636    ▶ VIDEO

KathyVanZeeland Faux Fur
Double Handle Shopper
w/Stud Details
Customer Top Rated
QVC Price: $79.00
★★★★★ (27 reviews)

☐ Select to Compare        ☐ Select to Compare        ☐ Select to Compare

▶ ADD TO CART              ▶ ADD TO CART              ▶ ADD TO CART
● SPEED BUY                ● SPEED BUY                ● SPEED BUY
● ADD TO WISH LIST         ● ADD TO WISH LIST         ● ADD TO WISH LIST

A93640    ▶ VIDEO        A93622    ▶ VIDEO        A93627    ▶ VIDEO

KathyVanZeeland Glove     KathyVanZeeland Washed    KathyVanZeeland Washed



KathyVanZeeland Glove
Nappa Croco Embossed
North/SouthTote
Customer Top Rated
QVC Price: $102.00
★★★★★ (10 reviews)

KathyVanZeeland Washed
Nappa Snake Embossed Flap
Satchel
Customer Top Rated
QVC Price: $89.00
★★★★☆ (24 reviews)

KathyVanZeeland Washed
Pebble Zip Top Hobo Bag
Customer Top Rated
QVC Price: $79.00
★★★★★ (24 reviews)

☐ Select to Compare          ☐ Select to Compare          ☐ Select to Compare

ADD TO CART          ADD TO CART          ADD TO CART
SPEED BUY            SPEED BUY            SPEED BUY
ADD TO WISH LIST     ADD TO WISH LIST     ADD TO WISH LIST

A93644   VIDEO          A92563   VIDEO          A93358   VIDEO
KathyVanZeeland Washed      Kathy Van Zeeland Double     KathyVanZeeland Relaxed
Pebble Twisted Double       Handle Zip Top Pocket        Nappa Double Handle
Handle Tote                 Satchel                      Satchel
Customer Top Rated          Customer Top Rated           Customer Top Rated
QVC Price: $90.00           QVC Price: $87.00            QVC Price: $80.00
★★★★☆ (27 reviews)       ★★★★☆ (47 reviews)        ★★★★★ (12 reviews)

☐ Select to Compare          ☐ Select to Compare          ☐ Select to Compare

ADD TO CART          ADD TO CART          ADD TO CART
SPEED BUY            SPEED BUY            SPEED BUY
ADD TO WISH LIST     ADD TO WISH LIST     ADD TO WISH LIST

A88723   VIDEO          A89653   VIDEO          A87083   VIDEO
Kathy Van Zeeland           Kathy Van Zeeland Crinkle    Kathy Van Zeeland Double
Embossed Ultrasuede         Nappa Double Handle Tote     Handle Novelty Tote Bag
Double Handle Shopper       w/Stud Acc                   Customer Top Rated
Customer Top Rated          Customer Top Rated           QVC Price: $105.00
QVC Price: $91.00           QVC Price: $91.00            ★★★★★ (33 reviews)
★★★★★ (40 reviews)       Featured Price: $82.70
                            ★★★★★ (56 reviews)

☐ Select to Compare          ☐ Select to Compare          ☐ Select to Compare

ADD TO CART          ADD TO CART          ADD TO CART
SPEED BUY            SPEED BUY            SPEED BUY
ADD TO WISH LIST     ADD TO WISH LIST     ADD TO WISH LIST

A87085 VIDEO

**Kathy Van Zeeland Crinkle Patent Double Handle Ball Shopper**
Customer Top Rated
QVC Price: $89.00
(32 reviews)
Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A77930 VIDEO

**KathyVanZeeland Barrel Bag w/Croco EmbossedTrim& Kiss Locks**
QVC Price: ~~$48.00~~
Featured Price: **$43.82**
(319 reviews)
Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A75874 VIDEO

**KathyVanZeeland Top Zip Shoulder Bag w/Jeweled Buckle Detail**
Customer Top Rated
QVC Price: ~~$72.00~~
Clearance Price: **$59.94**
(66 reviews)
Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A74020 VIDEO

**KathyVanZeeland Metallic Nappa Satchel with Buckle Accents**
Customer Top Rated
QVC Price: $72.00
(72 reviews)

Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

A3729 VIDEO

**Kathy Van Zeeland Heart Breaker Hobo Bag with Croco Trim**
Customer Top Rated
QVC Price: $69.00
(142 reviews)

Select to Compare

ADD TO CART
SPEED BUY
ADD TO WISH LIST

**Compare Selected Items:** COMPARE ‣ Deselect All

Page View: Gallery | List          Items Per Page: 96

**Showing 1-44 of 44 items | Sort By:** Featured

Need help? Visit Customer Service. | Question about the item on air now? Ask Us Live | Sign up for: Email or Mobile

**Return Policy** | **Why Shop QVC?** | **Clearance** | **Gift Cards** | **InsideQ Magazine** | **QVC Community** | **Site Map**

Order toll-free anytime by phone: **1-888-345-5788** | TDD for the hearing impaired: click here

**Corporate**
- About Us
- Meet our Hosts
- Careers
- Media
- Come Visit Us
- Vendor Relations

**QVC Everywhere**
- QVC iPhone App
- QVC Desktop Alert
- QVC on Facebook
- QVC on YouTube
- QVC on Twitter
- QVC United Kingdom
- QVC Japan
- QVC Germany
- QVC Retail Stores

**For Your Convenience**
- All Orders
- Easy Pay Orders
- Auto-Delivery Orders
- Return Orders
- Email Services
- Email Reminders
- Credit Cards

**Policies & Information**
- Privacy Statement
- Safe Harbor Statement
- General Terms of Use
- Community Standards
- Product Recall Info
- Pricing & Retail Values
- Additional Legal Info

**QCard**
- Apply for a QCard
- Manage Your Account or Pay Your Bill
- Sign Up

BizRate 2009 VeriSign Secured VERIFY A Trusted Store at Shopping.com

