EXHIBIT K



A81275

Photos | Videos

**On-Air Presentation**

**Tignanello Pebble Leather Double Handle StuddedShopper**

*Customer Top Rated*

QVC Price: $101.50
Introductory Price:
**$92.42**

Shipping & Handling: $7.97

Save! Buy two or more and save on S & H.
▶ See Details

**Select Option:**

(93%) of customers would recommend this product to a friend.

★★★★★  106 Customer Reviews      Write a Review

Share this Product:

**Community Q&A**   4 Questions | 16 Answers      View All

| **Description** | About Tignanello | Delivery Date Estimate |
|---|---|---|

You can never be too rich, too thin--or have too many great bags! This one, crafted in pebble leather, blends a classic shape with modern studded details. From Tignanello.

- Double shoulder straps, generous magnetic snap closure pocket on each side
- Inside magnetic snap closure opens to fully lined interior with center zip compartment, front compartment with two front wall slip pockets, and back compartment with back wall zip pocket
- Measures approximately 12"W x 9"H x 5-1/2"D with an 11" strap drop
- Body 100% leather; trim 100% PVC; lining 100% polyester
- Made in China

🖨 Print this page          ✉ Email this page to a friend

| **Customer Reviews** | Community Q&A |
|---|---|



**Ratings Snapshot**
★★★★★
Overall Rating **4.7 out of 5**
"99 of 106 (93%) customers would recommend this product to a friend."

| 5 stars | 82 |
| 4 stars | 14 |
| 3 stars | 8 |
| 2 stars | 2 |
| 1 star | 0 |

Write a Review                    Sort Reviews By...

### Great Purchase
Posted by Jo Jo 90 05-27-10
(read all my reviews)

**Overall Rating** ★★★★★

"I just got this bag in white. It is extremely well made and very roomy. I always carry a lot of stuff in my bag and usually have difficulty finding what I'm looking for when I want it. This bag has a built in divider which makes it much easier to keep things organized. It has two great side pouches that snap. I carry a blackberry and it fits easily into the exterior side pouches -- its great because I never have to miss a call, my phone is right there, easily accessible.
I would definitely recommend this bag. My only concern is that the bottom may get dirty as it does not have studs on the bottom."

**Would you recommend this product as a gift?**
Yes
**Who would this be a perfect gift for?**
Me!

Was this review helpful to you?  **Yes** | **No**          Report Inappropriate Review
Share this Review:



A81707

Photos | Videos

ZOOM

ENLARGE

## Tignanello Pebble Leather Crossbody Organizer Bag w/ Key Fob

*Customer Top Rated*

Retail Value: $106.00
QVC Price: ~~$61.50~~
Introductory Price:
**$55.86**
Shipping & Handling: $5.97

Save! Buy two or more and save on S & H.
See Details

**Select Option:**

(94%) of customers would recommend this product to a friend.

826 Customer Reviews Write a Review

Share this Product:

**Community Q&A** 19 Questions | 94 Answers View All

**Description**  **About Tignanello**  **Delivery Date Estimate**

Your handbag, like your best friend, is by your side whenever you need it. Choose wisely and get chummy with this Tignanello pebble-leather crossbody bag. Hands-free organization means it can keep up with you--bring it to the market, the mall, and the office. Buttery pebble leather helps you look your best for a date, dinner party, or night out with the girls. It's the bag you'll turn to every day--all at an amazing value.

Crossbody bags are in high demand. Here's why: Plenty of pockets inside and out keep you effortlessly organized. Stow credit cards, coupons, makeup, and more securely and in easy reach. The adjustable strap fits comfortably across your body, so your hands are free to browse through a clothing rack, pick up the baby, or push a grocery cart.

Unlike other crossbody bags, this one doesn't sacrifice fashion for functionality. Fine quality leather, signature Tignanello hardware, and fresh season-right colors allow you to make a chic style statement while staying organized.

Think of all the time you'll be spending together. Your handbag should be able to handle the hustle and bustle of every day while remaining super chic--and this organizer delivers. The only downside? It might make your other friends jealous. From Tignanello.

- Includes organizer bag and detachable signature plate key fob
- Exterior: single adjustable shoulder strap, zip-top closure, one front zip pocket, one front expandable organizer zip pocket, one back zip pocket
- Expandable organizer pocket interior: one zip pocket, two open pockets, six credit card slots
- Main interior: one back-wall zip pocket, one front-wall open pocket
- Measures approximately 9"W x 8-1/2"H x 1-1/2"D with a 21" to 23" strap drop
- Body 100% genuine leather; trim 100% nappa PVC; lining 100% polyester
- Made in China

Print this page     Email this page to a friend

**Customer Reviews**   **Community Q&A**

**Ratings Snapshot**

★★★★★

Overall Rating **4.7 out of 5**

"774 of 826 (94%) customers would recommend this product to a friend."

| | |
|---|---|
| 5 stars | 674 |
| 4 stars | 77 |
| 3 stars | 40 |
| 2 stars | 23 |
| 1 star | 12 |

Write a Review                     Sort Reviews By...



A87053

Photos | Videos

ZOOM

ENLARGE

**Tignanello Pebble Leather Double Handle Dome Tote Bag**

*Customer Top Rated*

Save! Buy two or more and save on S & H.
See Details

QVC Price:
$81.50

Shipping & Handling: $7.22

**Select Option:** Black/Cream

(91%) of customers would recommend this product to a friend.

22 Customer Reviews Write a Review

Share this Product:

**Community Q&A** 1 Question | 1 Answer View All

**Description** | **About Tignanello** | **Delivery Date Estimate**

Fashion meets function with this pebble leather tote bag. The stylish domed silhouette takes shape with double shoulder straps that make for easy toting. Shiny silvertone hardware adds modern flair. From Tignanello.

- Front and back slip pocket
- Hidden magnetic snap closure
- Interior middle zip compartment, one zip pocket, two slip pockets
- Measures approximately 9"W x 8"H x 6-1/2"D with a 10" strap drop
- Body 100% leather; lining 100% polyester
- Made in China

Print this page        Email this page to a friend

**Customer Reviews**    Community Q&A

**Ratings Snapshot**

Overall Rating  **4.6 out of 5**

"20 of 22 (91%) customers would recommend this product to a friend."

| | | |
|---|---|---|
| 5 stars | | 16 |
| 4 stars | | 3 |
| 3 stars | | 3 |
| 2 stars | | 0 |
| 1 star | | 0 |

Write a Review                                Sort Reviews By...

### MY FIFTH TIGNANELLO BAG -- LOVE IT!

Posted by latebloomer 03-21-10
(read all my reviews)

**Overall Rating**

"I recently received this bag as a gift in a two-tone brown combination (don't know what the colors were called). I just love Tig bags in general and this one in particular. It is the perfect size for me since I'm quite short, and many of the larger bags look ridiculous on me. Size is deceptive, however, since there is plenty of room inside for everything that I carry around (wallet, date book, phone, sunglasses, hairbrush, etc. etc.). I will keep an eye on it to see when other colors are available, since I plan to buy at least one more (was particularly interested in another review that said it came in purple!). My only complaint concerns the key fob -- why no dog leash clip? I don't want to carry the bag around with a plastic strip holding it on! Hence the 4 stars."

**Would you recommend this product as a gift?**
Yes
**Who would this be a perfect gift for?**
Me!

Was this review helpful to you?  **Yes** | **No**        Report Inappropriate Review

Share this Review: