**EXHIBIT L**



A198986

Photos | Videos

ZOOM

ENLARGE

## Kathy Van Zeeland Double Shoulder Washed Nappa Belted Shopper

QVC Price: ~~$79.50~~
Featured Price:
**$72.42**
Shipping & Handling: $7.22

Save! Buy two or more and save on S & H.
See Details

**Select Option:** Gold

(100%) of customers would recommend this product to a friend.

5 Customer Reviews Write a Review

Share this Product:

**Community Q&A** Be the first to ask a question.

What's this?

| Description | About Kathy Van Zeeland | Delivery Date |
|---|---|---|

It's a cinch. Carrying this soft, slouchy belted washed nappa shopper is the easiest way to craft a cool and casual air. From Kathy Van Zeeland.

- Double straps, button snap closure, front and back-wall zip pockets, two side gusset pockets
- Interior zip pocket, three slip pockets, D-ring
- Measures 15-1/2"W x 11"H x 5"D with a 10" strap drop
- Body/trim 100% vinyl; lining 80% polyester/20% cotton
- Made in China

**Tune in to QVC for Kathy Van Zeeland Accessories**
Monday, August 2, 2010 from 5 – 6 a.m., 1 – 3 p.m. and 6 – 7 p.m. ET.

Email Me a Reminder

Print this page    Email this page to a friend

---

| Customer Reviews | Community Q&A |
|---|---|



**Ratings Snapshot**



Overall Rating **4.6 out of 5**

"5 of 5 (100%) customers would recommend this product to a friend."

| | | |
|---|---|---|
| 5 stars | | 3 |
| 4 stars | | 2 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 0 |

**Write a Review**

Sort Reviews By...

### Love the Cheetah!!!

Posted by edcatny6 07-13-10
(read all my reviews)

**Overall Rating** 

"I first saw the Cheetah print in Kathy's Swagger Satchel...but I was to late and it sold out! :( I was so bummed...so I looked and saw this style in the Cheetah. I decided to order it. I'm so glad I did! The Cheetah print is BEAUTIFUL. The nappa is so creamy soft. Kathy...please, please...bring back the Cheetah print in the Swagger Satchel and in other styles. This is my new favorite Kathy bag!
Cathy : )"

**Would you recommend this product as a gift?**
Yes
**Who would this be a perfect gift for?**
Best Friends

Was this review helpful to you?  **Yes** | **No**       Report Inappropriate Review



A200481

Photos | Videos

ZOOM

ENLARGE

**Kathy Van Zeeland Croco Embossed Soft Nappa Belted Shopper**

Retail Value: $90.00
QVC Price: ~~$66.50~~
Clearance Price:
$41.56
Shipping & Handling: $6.72

Save! Buy two or more and save on S & H.
See Details

**Select Option:** Black

(100%) of customers would recommend this product to a friend.

3 Customer Reviews Write a Review

Share this Product:

**Community Q&A** 1 Question | 0 Answers View All

What's this?

**Description** | **About Kathy Van Zeeland** | **Delivery Date Estimate**

Fashioned with countless compartments and silvertone accents, this croco-embossed and belted shopper secures all your essentials in superior style. From Kathy Van Zeeland.

- Double shoulder straps, two front zippered pouch pockets with slit pockets, back zippered pocket, snap closure
- Lined interior with one back wall zippered pocket, three slit pockets on front
- Measures 15"W x 10-1/2"H x 4-1/2"D with a 10-1/2" strap drop
- Body/trim 100% vinyl; lining 100% polyester
- Made in China

**Tune in to QVC for Kathy Van Zeeland Accessories**
Monday, August 2, 2010 from 5 – 6 a.m., 1 – 3 p.m. and 6 – 7 p.m. ET.

Email Me a Reminder

Print this page        Email this page to a friend

**Customer Reviews**   **Community Q&A**

**Ratings Snapshot**
★★★★★
Overall Rating **5 out of 5**
"3 of 3 (100%) customers would recommend this product to a friend."

| | | |
|---|---|---|
| 5 stars | | 3 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 0 |

Write a Review            Sort Reviews By...

---

**Another fabulous bag!**                            Posted by Floridagirl 06-23-10
                                                     (read all my reviews)

**Overall Rating** ★★★★★
"I just got this purse today, and again it is another fabulous bag from KVZ!!! :)"
**Would you recommend this product as a gift?**
Yes
**Who would this be a perfect gift for?**
Me!

Was this review helpful to you?  **Yes** | **No**        Report Inappropriate Review

Share this Review:

---

**Love It !!!**                                      Posted by aneesa 06-15-10
                                                     (read all my reviews)

**Overall Rating** ★★★★★
"Got this in the White, it's just beautiful. Came back 2 days later to get it in the Black for my Mom. Love Kathy V. Z."
**Would you recommend this product as a gift?**
Yes
**Who would this be a perfect gift for?**
Moms

Was this review helpful to you?  **Yes** | **No**        Report Inappropriate Review



A77385

Photos | Videos

ZOOM

ENLARGE

## KathyVanZeeland Embossed Trim Belted Shopper w/Cosmetic Case

Save! Buy two or more and save on S & H.
See Details

QVC Price:
$74.00

Shipping & Handling: $7.22

**Easy Pay! 4 Installments of $18.50, plus Tax and S & H**
See S & H and Easy Pay details

**Select Option:**

(81%) of customers would recommend this product to a friend.

205 Customer Reviews Write a Review

Share this Product:

**Community Q&A** 4 Questions | 14 Answers View All

What's this?

**Description** | **About Kathy Van Zeeland** | **Delivery Date Estimate**

Sassy signature style is a cinch with this belted shopper. This in-demand look is one of designer Kathy Van Zeeland's best-selling silhouettes. And why not? It's super chic, ultra versatile, and done in a fabulous fabrication for the season. Plus, it includes a cosmetic case--that's two great finds at one low price.

Don't wait. When you get it home, hit the streets knowing you've got one of the season's hottest trends. Tonal alligator design-embossed trim gives it fresh, upscale appeal. Fun designer details like shimmer fabric-trimmed lining and signature O-ring and grommet hardware round out the look. Italian mesh fabric makes it easy to clean.

Funky and functional. Carry it on your shoulder or in the crook of your arm. Double handles offer easy entry however you wear it. The floral-print cosmetic case is interchangeable with your other favorite Kathy Van Zeeland bags. Or use it as a clutch for a quick getaway. You've got the look--get out there and show it off! From Kathy Van Zeeland.

- Includes shopper, cosmetic case, and key fob with charms
- Shopper exterior: front belt detail, stud accents, double shoulder straps, magnetic snap-top closure, back zip pocket
- Shopper interior: full lining, three front-wall slip pockets, back-wall zip pocket
- Cosmetic case: signature lining, zip closure, alligator design-embossed trim, back exposed mirror
- Shopper: measures 13-1/2"W x 11"H x 4"D with a 9-1/2" strap drop
- Cosmetic case: measures 7"W x 4-1/2"H x 2"D
- Shopper: body 60% cotton/40% polyester; exterior trim 100% vinyl; interior trim/lining 100% polyester
- Cosmetic case: body/lining 100% polyester; trim 100% vinyl
- Made in China

**Tune in to QVC for Kathy Van Zeeland Accessories**
Monday, August 2, 2010 from 5 – 6 a.m., 1 – 3 p.m. and 6 – 7 p.m. ET.

Email Me a Reminder

Print this page     Email this page to a friend



| Customer Reviews | Community Q&A |

**Ratings Snapshot**

Overall Rating **4.3 out of 5**

"166 of 205 (81%) customers would recommend this product to a friend."

| | |
|---|---|
| 5 stars | 128 |
| 4 stars | 34 |
| 3 stars | 22 |
| 2 stars | 15 |
| 1 star | 6 |

Write a Review

Sort Reviews By...



**LOVE THIS BAG**

Posted by abus 06-03-10
(read all my reviews)

**Overall Rating** ★★★★★