**EXHIBIT M**

the magic of macy's

EXTRA 15% OFF + FREE SHIPPING ON WEDDING GIFTS!
$99 registry purchase required. promo code: SUMMER details

shopping bag: 0
sign in | create profile | my account

for the home bed & bath women men juniors kids beauty & fragrance shoes handbags & accessories jewelry & watches sale

SEARCH Keyword, Web ID GO CUSTOMERS' TOP RATED ★★★★★ STORES GIFTS & GIFT CARDS WEDDING REGISTRY

Handbags & Accessories > Tignanello > Tignanello Handbag, Perfect 10 Studded Shopper

from totes to chic crossbody bags, find your perfect bag now.
check out our new **handbag finder**

**Buy More, Save More** Details below.

**Tignanello Handbag, Perfect 10 Studded Shopper**
**$139.00**

Understated, yet elegant in pebble leather: the Perfect 10 studded shopper by Tignanello.

**details** | **offers** | **shipping & returns**

- This item was previously identified in error as a clearance item. The price listed is the correct current price.
- Pebble leather
- Double handles with 11" drop
- Hidden magnetic closure
- Tignanello logo etched into silvertone stud hardware; removable Tignanello logo key fob; side snap pockets
- Interior features center zip divider pocket; 2 slip pockets; zip pocket
- 12" W x 9" H x 6-1/2" D
- Shop our handbag hangers
- Check out the Handbag Finder
- Web ID: 258294

**Overall Rating** ★★★★★ **4.8** out of 5
**98** of **102** (96%) customers would recommend this product to a friend.
Read all reviews Write a review

Write a review for a chance to
**WIN a $1000 GIFT CARD!** see details

Share this Product:

larger image

| **color** | **qty** |
|---|---|
| Honey | 1 |

reset selection

In Stock: usually ships within 3 business days

**$139.00**

ADD TO BAG

-or-

FIND IT IN STORE

Add to Wish List Email To A Friend Compare To Best Sellers

**Other customers also shopped**

the magic of macy's
FIND THE PERFECT GIFT FOR DAD
SHOP FATHER'S DAY GIFT GUIDE
shopping bag: 0
sign in | create profile | my account
for the home bed & bath women men juniors kids beauty & fragrance shoes handbags & accessories jewelry & watches sale
SEARCH Keyword, Web ID GO
CUSTOMERS' TOP RATED ★★★★★ STORES GIFTS & GIFT CARDS WEDDING REGISTRY

CONTINUE SHOPPING Handbags & Accessories > Tignanello Handbag, Perfect 10 Tote, Small

videos images

click below to change product color:

larger image

**Buy More, Save More** Details below.

**Tignanello Handbag, Perfect 10 Tote, Small**
**$89.00**

Silvertone buckle details at the handles add a fun touch to the Perfect 10 tote by Tignanello.

**details** **offers** **shipping & returns**

- This item was previously identified in error as a clearance item. The price listed is the correct current price.
- Pebble leather
- Double handles with 6" drop
- Hidden magnetic snap closure
- Silvertone hardware; removable Tignanello logo key fob
- Interior features adjustable length with two side snap tabs; 2 slip pockets; zip pocket
- 10" W x 7-1/2" H x 6" D
- Shop our handbag hangers
- Check out the Handbag Finder
- Web ID: 258293

**Overall Rating** ★★★★★ **4.8** out of 5
**71** of **73** (97%) customers would recommend this product to a friend.
Read all reviews Write a review

Write a review for a chance to
**WIN a $1000 GIFT CARD!** see details

Share this Product:

| color | qty |
|---|---|
| Select Color | 1 |

reset selection

**$89.00**

ADD TO BAG

-or-

FIND IT IN STORE

Add to Wish List Email To A Friend Compare To Best Sellers

**Other customers also shopped**

MORE COLORS
**Buy More, Save More**
Tignanello Handbag, Perfect 10 Studded Shopper
**$139.00**
FIND IT IN STORE

**Buy More, Save More**
Tignanello Handbag, Glam Tote
**Reg. $179.00**
**Was $133.99**
**Sale $123.99**

MORE COLORS
**Buy More, Save More**
Tignanello Handbag, Modern Mix Tote
**Reg. $145.00**
**Was $107.99**
**Sale $99.99**
FIND IT IN STORE

**product reviews**

review this product Choose a sort order

**Overall Rating:** ★★★★★ **5** out of 5
**variety of colors!**, May 6, 2010
By AKR1230 from Holly Springs, NC (read all my reviews)

"I have this bag in 3 different colors so I obviously like the style. It's a good size for those that only carry the necessities. The leather is soft and flexible. It's also versatile in that the inner straps allow you to change the size somewhat to expand or contract according to preference.

Definitely recommend it when you're not sure about size preference for a handbag when buying a gift because of its versatility. The color choices are wonderful, too."

the magic of macy's

EXTRA 15% OFF + FREE SHIPPING ON WEDDING GIFTS!
$99 registry purchase required. promo code: SUMMER details

shopping bag: 0
sign in | create profile | my account

for the home | bed & bath | women | men | juniors | kids | beauty & fragrance | shoes | handbags & accessories | jewelry & watches | sale

SEARCH Keyword, Web ID GO | CUSTOMERS' TOP RATED ★★★★★ | STORES | GIFTS & GIFT CARDS | WEDDING REGISTRY

CONTINUE SHOPPING Handbags & Accessories > Tignanello > Tignanello Handbag, Modern Mix Dome Tote

from totes to chic crossbody bags, find your perfect bag now.
check out our new handbag finder

larger image

**Buy More, Save More** Details below.

**Tignanello Handbag, Modern Mix Dome Tote**
**Reg. $109.00**
**Was $80.99**
**Sale $74.99**

Bold contrasting leathers lend Tignanello's dome tote a modern look and feel.

**details** | **offers** | **shipping & returns**

- Pebble leather
- Double handles with 9-3/4" drop
- Magnetic snap closure
- Square silvertone hardware and studs
- Interior features Tignanello print lining; center zip compartment; zip pocket
- 13" W x 8-3/4" H x 7" D
- Shop our handbag hangers
- Check out the Handbag Finder
- Web ID: 413584

**Overall Rating** ★★★★★ **4.8** out of 5
**8** of **8** (100%) customers would recommend this product to a friend.
Read all reviews Write a review

Write a review for a chance to
**WIN a $1000 GIFT CARD!** see details

Share this Product:

| color | qty |
|---|---|
| Select Color | 1 |

reset selection

**Reg. $109.00**
**Was $80.99**
**Sale $74.99**

ADD TO BAG
-or-
FIND IT IN STORE

Add to Wish List Email To A Friend Compare To Best Sellers

*(Sale ends 6/13/10)* Pricing Policy

**Other customers also shopped**

MORE COLORS
Buy More, Save More
Tignanello Handbag, Modern Mix Tote
**Reg. $145.00**
**Was $107.99**
**Sale $99.99**
FIND IT IN STORE

MORE COLORS
Buy More, Save More
Tignanello Handbag, Perfect 10 Studded Shopper
**$139.00**
FIND IT IN STORE

MORE COLORS
Buy More, Save More
Tignanello Handbag, Perfect 10 Tote, Small
**$89.00**






