**EXHIBIT N**



the magic of macy's

EXTRA OFF   BUILD A BETTER WARDROBE SALE
EXTRA 20% OR 15% OFF FASHION SITEWIDE details

shopping bag: 0
sign in | create profile | my account

for the home    bed & bath    women    men    juniors    kids    beauty & fragrance    shoes    handbags & accessories    jewelry & watches    sale

SEARCH  Keyword, Web ID    GO ▸         CUSTOMERS TOP RATED ★★★★★    STORES    GIFTS & GIFT CARDS    WEDDING REGISTRY

◂ CONTINUE SHOPPING    Handbags & Accessories  >  Kathy Van Zeeland  >  Kathy Van Zeeland Handbag, Morning Glory Belt Shopper

⊕ zoom in

⊡ larger image

### Kathy Van Zeeland Handbag, Morning Glory Belt Shopper
Orig. $89.00
Was $65.99
Now $48.99

Bright pops of color and pattern make Kathy Van Zeeland's Morning Glory swagger shopper a must-have this season.

| details | shipping & returns |
|---|---|

- Synthetic
- Double handles with 11" drop
- Snap and zip closure
- Silvertone hardware: 2 front zip pockets; signature hardware logo with rhinestone accents
- Interior features lining; zip pocket: 2 open slip pockets
- 13-1/2" W x 8-1/4" H x 3-1/2" D
- Shop our handbag hangers
- Check out the Handbag Finder
- Web ID: 455943

★★★★★ 5 out of 5  (2 reviews)

Read all reviews    Write a review    Share: f 📷 t

Write a review for a chance to
Win a $1,000 gift card! see details

| color | | qty |
|---|---|---|
| Cork | | 1 |
| | | reset selection |

In Stock: usually ships within 3 business days

Orig. $89.00
Was $65.99
Now $48.99

ADD TO BAG

Add to Wish List    Email To A Friend    Compare To Best Sellers

(Sale ends 7/25/10)    Pricing Policy

Other customers also shopped

MORE COLORS

Kathy Van Zeeland Handbag, Triple Play Belt Shopper
Orig. $89.00
Was $65.99
Now $48.99

MORE COLORS

Kathy Van Zeeland Handbag, Metal Fever Shopper
Orig. $89.00
Was $65.99
Now $48.99

Red by Marc Ecko Handbag, Hold on Trapunto Tied Up Satchel
Orig. $69.00
Was $50.99
Now $37.99

click below to change product color:



## Customer Ratings and Reviews

Choose a sort order

**Overall Rating:** ★★★★★

Would you recommend this product to a friend? **YES**


**Snow24White**

from **Frankfort Ky**
What is your age? **18-24**
What is your gender? **Female**
How often do you shop at macys.com? **First time**
Your style is: **Updated Classic**

### I love this brand!
July 14, 2010

I bought this bag about a year ago and I love it. It has plenty of room for all the stuff I lugg around with me and its such a pretty bag. Kathy Van Zeeland is my favorite handbag designer and I would reccomend her bags to anyone. It is made out of a great material that cleans easy and isnt easy to rip or tear. And it looks great with all my outfits casual or dressy!

**1** of **1** people found this review helpful.

Share this Review:

Helpful?  **YES** **NO**

Inappropriate Review?

---

**Overall Rating:** ★★★★★

Would you recommend this product to a friend? **YES**


**JUDIEB**

from **California**
What is your age? **50-60**
What is your gender? **Female**
How often do you shop at macys.com? **Occasionally**
Your style is: **Updated Classic**

### WONDERFUL BAG
July 1, 2010

I purchased this bag from somewhere else and I would like to tell every lady you will not be sorry if you purchase this bag. I have it in every color. GRAB THIS BAG!!!!!!!!! Way to go Kathy, keep them coming.

**2** of **2** people found this review helpful.

Share this Review:

Helpful?  **YES** **NO**

Inappropriate Review?



The Wedding Shop
clothing, accessories and gifts for the entire wedding party—all in one place!  check it out

CUSTOMER SERVICE ▶
order tracking   returns
shipping info   contact us
secure shopping   para ayuda

MACY'S CREDIT CARD ▶
pay your bill
view credit account
apply now & save

OUR STORES ▶
store locations & hours   catalogs
this week in stores   store events
tell us what you think

MACY'S INC ▶
macysJOBS
press room
investors

