**EXHIBIT O**







eBags
Order Tracking | Your Account | Sign In
Search Need Help? Live Chat
Join eBags Rewards Club
Blog | Video | Brands
Free Returns
Cart: 0 items

Handbags | Designer Handbags | Luggage | Bags by eBags | Business & Laptop | Backpacks | Messenger Bags | Sports & Duffels | Travel Accessories | Wallets | Snow, Skate & Surf | Kids & Baby | SALE

Last Minute Gifts for FATHER'S DAY FREE SHIPPING on your entire order Ends June 13th.

# Tignanello Perfect 10 Studded Shopper

Handbags > Shoulder Bags > Tignanello

Click to Zoom

Similar Items Tell a friend

Add to Comparison Chart | View Comparison Chart

The Tignanello Perfect 10 Studded Shopper puts a contemporary twist on a classic satchel handbag. The leather is luxurious and the style is timeless.

| | |
|---|---|
| **Size:** | 12" x 9" x 6.5" |
| **Weight:** | 1 lb |
| **Material:** | Pebble Leather |
| **Warranty:** | 30 days against manufacturer's defects |
| **Linear inches:** | 27.5" |
| **SKU:** | T98530 |
| **Catalog Number:** | CT32-100736 |

Our price: **$139.00**
FREE SHIPPING!
BEST

**Available Colors at $139.00:**

**Choose a Color**
2. Honey $139.00
Add to Cart

See all Tignanello products.

Tignanello *wherever you go.*

Usually leaves warehouse within 1 business day.

**Related Links:**

- Leather Handbags
- Classic Handbags
- Leather
- See All Tignanello

- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

## Tignanello Alert

Tell me when new **Tignanello** styles are added!
Enter e-mail:

Sign Me Up

☐ Please send me eBags special offers & promotions.

**Check your delivery date:**
enter zip code Submit

### Customer Ratings

**236** of **250** (94%) reviewers would buy this item again.

See **232** Tignanello Perfect 10 Studded Shopper Reviews

**Best of the Best**
What is this?

| | |
|---|---|
| Overall | 9.4 |
| Appearance | 9.6 |
| Durability | 9.4 |
| Organization | 9.4 |
| Price/Value | 9.0 |

See Product Features

### You May Also Like

**Tignanello**
Glam Tote
**Sale: $139.99**

**Global Elements**
Jeweled Shoulder Bag
**Sale: $34.99**

**Tignanello**
Perfect 10 French Tote
**$89.00**

### Customers Who Viewed This Also Viewed

**Etienne Aigner**
Tucson Tote
**Sale: $94.99**

**Tignanello**
Pocket Perfection Swagger Satchel
**Sale: $119.99**

**J. P. Ourse & Cie.**
Motif Collection Westie Checkbook Cover
**$40.00**

**Case Logic**
GPS Case- 5.3" display
**$24.99**

**Tignanello**
Touchables Belting Gathered Shopper
**Sale: $89.99**

### Product Features

- Beautiful pebble leather with silky print lining
- Hidden magnetic snap closure
- Double straps fit comfortably on the shoulder or can be hand held
- Tignanello logo etched in silver-tone stud hardware
- Two side snap pockets are great for stashing a cell phone or keys
- Inside center zipper divider pocket creates extra organization
- Inside two slip pockets large enough to fit a cell phone and a backwall zipper pocket
- Detachable silver-tone Tignanello logo key fob

### Tignanello Perfect 10 Studded Shopper Customer Reviews:

Most helpful | Least helpful | Positive | Negative | Newest | Oldest

### Tignanello Modern Mix Dome Tote



Click to Zoom

Similar Items | Tell a friend

Add to Comparison Chart | View Comparison Chart

| Size: | 10" x 8.5" x 6" |
| --- | --- |
| Weight: | 1 lb |
| Material: | Leather |
| Warranty: | 30 days against manufacturer's defects |
| Linear inches: | 24.5" |
| SKU: | T95105 |
| Catalog Number: | CT32-125354 |

Our price: $109.00
**Sale: $79.99** (27% off)
**FREE SHIPPING!**



Available Colors at $79.99:



**Choose a Color**
4. Honey $79.99

Add to Cart

See all Tignanello products.

Usually leaves warehouse within 1 business day.

- See All Tignanello
- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

**Tignanello Alert**
Tell me when new **Tignanello** styles are added!
Enter e-mail:

Sign Me Up

☐ Please send me eBags special offers & promotions.

**Check your delivery date:**
enter zip code   Submit

**Customer Ratings**

**34** of **35** (97%) reviewers would buy this item again.

See 33 Tignanello Modern Mix Dome Tote Reviews

**Best of the Best**
What is this?

| Overall | 9.0 |
| Appearance | 9.6 |
| Durability | 8.4 |
| Organization | 9.0 |
| Price/Value | 8.8 |

See Product Features

**You May Also Like**

Tignanello
Modern Mix Tote
Sale: $109.99

Tignanello
Modern Mix Triple Entry Satchel
Sale: $89.99

Tignanello
Soft Casual Dome Shopper
Sale: $74.99



| Carrie Valentine | J. P. Ourse & Cie. | Global Elements | Clava | Tignanello |
| --- | --- | --- | --- | --- |
| Focused | Motif Collection Labrador Pendant | Coconut Fiber Tote | Vachetta Small Shopper | Strap Happy Shopper |
| $390.00 | $62.00 | Sale: $49.99 | $110.00 | Sale: $99.99 |

### Product Features

- Hidden magnetic snap top closure
- Interior lining
- Two interior slide pockets
- Back wall zipper pocket
- Center zipper divider
- Double handles with a 10 inch drop length and a 36 inch strap length
- Front and back exterior slide pockets

**Tignanello Modern Mix Dome Tote Customer Reviews:**
Most helpful | Least helpful | Positive | Negative | Newest | Oldest



Order Tracking | Your Account | Sign In

Join eBags Rewards Club
Blog | Video | Brands

Free Returns
Cart: 0 items



| Handbags | Designer Handbags | Luggage | Bags by eBags | Business & Laptop | Backpacks | Messenger Bags | Sports & Duffels | Travel Accessories | Wallets | Snow, Skate & Surf | Kids & Baby | SALE |



## Tignanello Perfect 10 French Tote

Handbags > Leather > Tignanello



Click to Zoom

  

Similar Items        Tell a friend

Add to Comparison Chart | View Comparison Chart

The Tignanello Perfect 10 French Tote is a classic double handle tote that is updated with fresh colors every season.

| Size: | 10" x 8" x 6" |
|---|---|
| Weight: | 1 lb |
| Material: | Leather |
| Warranty: | 30 days against manufacturer's defects |
| Linear inches: | 24" |
| SKU: | T98505 |
| Catalog Number: | CT32-100728 |

Our price: **$89.00**
**FREE SHIPPING!**



Available Colors at $89.00:

Choose a Color
[3. Honey $89.00]

Add to Cart

See all Tignanello products.



Usually leaves warehouse within 1 business day.

**Related Links:**
- Classic Handbags
- Leather Handbags
- See All Tignanello

- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

**Tignanello Alert**
Tell me when new **Tignanello** styles are added!
Enter e-mail:

[          ]  Sign Me Up

☐ Please send me eBags special offers & promotions.

Check your **delivery date:**
[enter zip code]  Submit

**Customer Ratings**

215 of 230 (93%) reviewers would buy this item again.

See 214 Tignanello Perfect 10 French Tote Reviews

**Best of the Best**
What is this?

| Overall | 9.4 |
| Appearance | 9.7 |
| Durability | 9.6 |
| Organization | 9.0 |
| Price/Value | 9.1 |

See Product Features

**You May Also Like**





Tignanello
Perfect 10 Studded Shopper
$139.00



Galleria
Elvis Presley Wristlet
$25.00



Mad By Design
Java Horn Clutch
$32.00



Customers Who Viewed This Also Viewed

| | | |
|---|---|---|
| Order Tracking \| Your Account \| Sign In | | Join eBags Rewards Club<br>Blog \| Video \| Brands | Free Returns<br>Cart: 0 items |

| Handbags | Designer Handbags | Luggage | Bags by eBags | Business & Laptop | Backpacks | Messenger Bags | Sports & Duffels | Travel Accessories | Wallets | Snow, Skate & Surf | Kids & Baby | SALE |

**New Semester, New Bag: FREE SHIPPING on Orders Over $50**

## Tignanello Touchables Top Zip



Click to Zoom

 

Similar Items    Tell a friend
Add to Comparison Chart | View Comparison Chart

| Size: | 10.5" x 7" x 5" |
|---|---|
| Weight: | 8 oz |
| Material: | Leather |
| Warranty: | 30 days against manufacturer's defects |
| Linear inches: | 22.5" |
| SKU: | T95210 |
| Catalog Number: | CT33-130781 |

Our price: $129.00
**Sale: $79.99** (38% off)

 

**Available Colors at $79.99:**



**Choose a Color**

3. Glam Red $79.99 - Out Of Stock

**This item is unavailable.**

See all Tignanello products.



Usually leaves warehouse within 1 business day.

- See All Tignanello
- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

**Tignanello Alert**
Tell me when new **Tignanello** styles are added!
Enter e-mail:

_____    [Sign Me Up]

☐ Please send me eBags special offers & promotions.

**Customer Ratings**



24 of 26 (92%) reviewers would buy this item again.

See 29 Tignanello Touchables Top Zip Reviews

**Best of the Best**
What is this?

| Overall | 9.0 |
| Appearance | 9.8 |
| Durability | 9.0 |
| Organization | 8.7 |
| Price/Value | 8.5 |

See Product Features

**You May Also Like**


**Tignanello**
Soft Casual Hobo
**$145.00**


**MiMo Handbags**
Molly Leather
**Sale: $219.99**


**Tignanello**
Perfect 10 French Tote
**Sale: $69.99**

**Customers Who Viewed This Also Viewed**



Order Tracking | Your Account | Sign In

Join eBags Rewards Club | Free Returns
Blog | Video | Brands | Cart: 0 items



| Handbags | Designer Handbags | Luggage | Bags by eBags | Business & Laptop | Backpacks | Messenger Bags | Sports & Duffels | Travel Accessories | Wallets | Snow, Skate & Surf | Kids & Baby | SALE |



## Tignanello Perfect Body East/West Cross Body Organizer

Handbags  >  Shoulder Bags  >  Tignanello



Click to Zoom

   

 Similar Items     Tell a friend

Add to Comparison Chart | View Comparison Chart

The Tignanello Perfect Body East/West Cross Body organizer is perfect for every day use and can be used for day travel trips as well. This crossbody handbag comes with organizational features that will keep you organized every day.

| | |
|---|---|
| **Size:** | 9.5" x 7" x 1.5" |
| **Weight:** | 1 oz |
| **Material:** | Leather |
| **Warranty:** | 30 days against manufacturer's defects |
| **Linear inches:** | 18" |
| **SKU:** | T98120 |
| **Catalog Number:** | CT32-100814 |

Our price: $69.00
**Sale: $49.99** (28% off)
**FREE SHIPPING!**

Available Colors at $49.99:

Choose a Color
2. Burnt Orange $49.99

Add to Cart

See all Tignanello products.

Usually leaves warehouse within 1 business day.

**Related Links:**
- Classic Handbags
- Leather Handbags
- Cross-Body Bags
- See All Tignanello

- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

**Tignanello Alert**
Tell me when new **Tignanello** styles are added!
Enter e-mail:

Sign Me Up

☐ Please send me eBags special offers & promotions.

Check your **delivery date:**
enter zip code    Submit

**Customer Ratings**
**85** of **99** (86%) reviewers would buy this item again.

See 102 Tignanello Perfect Body East/West Cross Body Organizer Reviews

| | | |
|---|---|---|
| Overall | | 9.1 |
| Appearance | | 9.5 |
| Durability | | 9.1 |
| Organization | | 9.1 |
| Price/Value | | 8.7 |

See Product Features

**You May Also Like**



**Tignanello**
Multi Pocket Organizer Crossbody
**$79.00**



**Tignanello Luggage**
TIG Signature 24" Expandable Wheeled Upright
**Sale: $109.99**





**Tignanello**
Glam Crossbody
**Sale: $89.99**

Customers Who Viewed This Also Viewed



Order Tracking | Your Account | Sign In



Join eBags Rewards Club | Free Returns
Blog | Video | Brands | Cart: 0 items

| Handbags | Designer Handbags | Luggage | Bags by eBags | Business & Laptop | Backpacks | Messenger Bags | Sports & Duffels | Travel Accessories | Wallets | Snow, Skate & Surf | Kids & Baby | SALE |

Last Minute Gifts for FATHER'S DAY — FREE SHIPPING on your entire order — Ends June 13th.

## Tignanello Pocket Perfection Swagger Satchel

Sale  >  Handbags  >  Tignanello



Our price: $149.00
**Sale: $119.99** (19% off)
**FREE SHIPPING!**



**Available Colors at $119.99:**



**Choose a Color**
1. British Tan $119.99

Add to Cart

See all Tignanello products.

 Click to Zoom


Similar Items    Tell a friend
Add to Comparison Chart | View Comparison Chart

| Size: | 14" x 9" x 4.5" |
| Weight: | 8 oz |
| Material: | Smooth pebble grain leather |
| Warranty: | 30 days against manufacturer's defects |
| Linear inches: | 27.5" |
| SKU: | T96830 |
| Catalog Number: | CT32-108487 |



Usually leaves warehouse within 1 business day.

**Related Links:**
- Shoulder Bags
- Leather Handbags
- Satchels
- See All Tignanello

- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

### Tignanello Alert
Tell me when new **Tignanello** styles are added!
Enter e-mail:

Sign Me Up

☐ Please send me eBags special offers & promotions.

Check your **delivery date:**
enter zip code   Submit

**Customer Ratings**

**18** of **22** (82%) reviewers would buy this item again.

See **20** Tignanello Pocket Perfection Swagger Satchel Reviews

| Overall | 9.0 |
| Appearance | 9.1 |
| Durability | 9.1 |
| Organization | 9.3 |
| Price/Value | 8.2 |

See Product Features



**You May Also Like**



**Wabags**
Sadie
**$135.00**



**Heather Hawkins**
Everywhere
**$555.00**



**Tignanello**
Glam Tote
**Sale: $139.99**

| Customers Who Viewed This Also Viewed |