**EXHIBIT P**



Order Tracking | Your Account | Sign In

Join eBags Rewards Club

Free Returns

Blog | Video | Brands

Cart: 0 items

Search | Need Help? Live Chat | Steal of the Day

| Handbags | Designer Handbags | Luggage | Bags by eBags | Business & Laptop | Backpacks | Messenger Bags | Sports & Duffels | Travel Accessories | Wallets | Snow, Skate & Surf | Kids & Baby | SALE |

Back to School Kickoff - EXTRA 20% OFF* + FREE SHIPPING on Orders Over $50   Ends Wednesday, July 21st   *certain brand restrictions apply

### Kathy Van Zeeland Morning Glory Belt Shopper (Clearance)



Click to Zoom

Similar Items | Tell a friend
Add to Comparison Chart | View Comparison Chart

| Size: | 14" x 10" x 4" |
| Weight: | 2 lbs |
| Material: | Fabric with PVC trim |
| Warranty: | 30 days against manufacturer's defects |
| Linear inches: | 28" |
| SKU: | H47300 |
| Catalog Number: | CT33-148358 |

Our price: $89.00
**Sale:** $59.99

**Back to School Kickoff - Take an Extra 20% Off: $47.99**
**FREE SHIPPING!**

Clearance at $47.99:



**Choose a Color**
1. Black $47.99

Add to Cart

See all Kathy Van Zeeland products.

Usually leaves warehouse within 1 business day.

- See All Kathy Van Zeeland
- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

**Kathy Van Zeeland Alert**
Tell me when new **Kathy Van Zeeland** styles are added! Enter e-mail:

Sign Me Up

☐ Please send me eBags special offers & promotions.

**Check your delivery date:**
enter zip code   Submit

**Customer Ratings**
4 of 4 (100%) reviewers would buy this item again.

See 3 Kathy Van Zeeland Morning Glory Belt Shopper Reviews

Overall       9.7
Appearance    10
Organization  9.5
Price/Value   9.5

See Product Features

**You May Also Like**



**Kathy Van Zeeland**
Drop Off Service Belt Shopper
(Clearance)
**Sale: $47.99**
Back to School Kickoff - Take an Extra 20% Off



**Kathy Van Zeeland**
Morning Glory Tote
(Clearance)
**Sale: $59.99**
Back to School Kickoff - Take an Extra 20% Off





Order Tracking | Your Account | Sign In

Join eBags Rewards Club

Free Returns

Blog | Video | Brands

Cart: 0 items

Search | Need Help? Live Chat | Steal of the Day

**Handbags** | **Designer Handbags** | **Luggage** | **Bags by eBags** | **Business & Laptop** | **Backpacks** | **Messenger Bags** | **Sports & Duffels** | **Travel Accessories** | **Wallets** | **Snow, Skate & Surf** | **Kids & Baby** | **SALE**

Back to School Kickoff - EXTRA 20% OFF* + FREE SHIPPING on Orders Over $50  Ends Wednesday, July 21st  *certain brand restrictions apply

### Kathy Van Zeeland Drop Off Service Belt Shopper (Clearance)



Click to Zoom

Similar Items | Tell a friend
Add to Comparison Chart | View Comparison Chart

| Size: | 13" x 10" x 4" |
|---|---|
| Weight: | 1 lb , 8 oz |
| Material: | PVC |
| Warranty: | 30 days against manufacturer's defects |
| Linear inches: | 27" |
| SKU: | H46405 |
| Catalog Number: | CT33-147828 |

Our price: $89.00
Sale: $59.99

**Back to School Kickoff - Take an Extra 20% Off:** **$47.99**
**FREE SHIPPING!**



Clearance at $47.99:

**Choose a Color**
4. Steel $47.99

Add to Cart

See all Kathy Van Zeeland products.



Usually leaves warehouse within 1 business day.

- See All Kathy Van Zeeland
- 100% Price Guarantee
- Free Returns
- High Volume Orders
- CA Residents: Proposition 65 warning

**Kathy Van Zeeland Alert**
Tell me when new **Kathy Van Zeeland** styles are added! Enter e-mail:

Sign Me Up

☐ Please send me eBags special offers & promotions.

**Check your delivery date:**
enter zip code   Submit

**Customer Ratings**

2 of 2 (100%) reviewers would buy this item again.

See 3 Kathy Van Zeeland Drop Off Service Belt Shopper
Reviews

| Overall | 8.5 |
| Appearance | 9.0 |
| Organization | 8.5 |
| Price/Value | 8.0 |

See Product Features

**You May Also Like**



**Kathy Van Zeeland**
Morning Glory Belt Shopper (Clearance)
**Sale: $47.99**
**Back to School Kickoff - Take an Extra 20% Off**



**Kathy Van Zeeland**
Monte Carlo Belt Shopper
**$71.20**
**Back to School Kickoff - Take an Extra 20% Off**





**Kathy Van Zeeland**