**EXHIBIT Q**

Hello. **Sign in** to get personalized recommendations. New customer? **Start here.**

Get FREE 2-Day Shipping for
Sponsored by Bla

| Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards |

Your Acco

Shop All Departments    Search  Clothing & Accessories                    Cart    Wish

**Clothing & Accessories** | Women's  Men's  Juniors'  Young Men's  Kids' & Baby  Denim Shop  Shoes  Accessories  On



See larger image and other views (with zoom)



Share your own customer images

# Tignanello Perfect 10 Studded Shopper
by **Tignanello**

(27 customer reviews)

List Price: $139.00
Price: **$104.25** Free Super Saving Shipping & Free Returns **Details**
You Save: $34.75 (25%)

**Special Offers Available**

**To Buy, Add to Shopping Cart**

**Color: Honey**

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.
See **pricing and availability chart** for details.
Only 2 left in stock--order soon.
**Want it delivered Friday, June 11?** Order it in the next **6 hours and 3 minutes**, and choose **One-Day Shipping** at checkout. **Details**

**3 new** from $104.25

 **Father's Day Sale on Clothing**
$10 off $50 orders or $20 off $100 orders on select clothing Direct from Amazon.com and eligible for FREE Super Saver Shipping. **Shop the sale**

Quantity: 1

or
**Sign in** to turn on 1-Click

or

Add to Cart wi
FREE Two-Day Sh

Amazon Prime Free
required. Sign up wh
check out. Learn M

**Express Checkout with**
Soft Intonation
**What's this?** | **Create Pa**

**More Buying Cho**
eBags
$125.10 + Free Shipping

Buy.com
$139.00 + Free Shipping

**3 new** from $104.25

**Share**

---

## Special Offers and Product Promotions

Buy from eBags:
- Get free shipping when you spend $25.00 or more on Qualifying Items offered by eBags! **Here's how** (restrictions ap

Buy from Amazon.com:
- Eligible for Free Returns on Clothing items fulfilled by Amazon.com in the Amazon Clothing and Accessories Store. **H how** (restrictions apply)

---

## Customers Who Viewed This Item Also Viewed

Pa


Tignanello Perfect 10 French Tote
(33)
$32.99 - $80.10


Tignanello Glam Zip Pocket Tote
(3)
$123.99 - $139.49


Tignanello Tig Tote Med Tote
(10)


Tignanello Modern Mix Tote
(6)
$74.99 - $130.50

## Customers Who Bought This Item Also Bought

Pa



**Tignanello Perfect 10 French Tote**
(33)
$32.99 - $80.10



**Tignanello Perfect Body Cross-Body**
(10)
$35.99 - $62.10



**Tignanello Pocket Perfection Swagger Satchel**
(10)
$107.99



**Tignanello Tig Tote Med Tote**
(10)

---

**Product Ads from External Websites** ( What's this? )                                          Sponsored C

---

**Tag this product** (What's this?)                                       **Search Products Tagged with**

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

---

**Customer Reviews**

**27 Reviews**

| | |
|---|---|
| 5 star: | (20) |
| 4 star: | (4) |
| 3 star: | (2) |
| 2 star: | (1) |
| 1 star: | (0) |

**Average Customer Review**

(27 customer reviews)

Share your thoughts with other customers:

---

**Most Helpful Customer Reviews**

24 of 24 people found the following review helpful:

**Very Pretty Bag and Roomy too!**, October 2, 2007

By **H. G. Valladares "Heaven sent :)"**     (San Francisco, CA) - See all my reviews

**This review is from:** Tignanello Perfect 10 Studded Shopper (Apparel)

You'll never go wrong with a tignanello bag! The leather quality is superb! This bag is exceptionally roomy and really nice to look at! love it love it love it! I used it for the first time today at work and I can't stop touching the leather because it's so soft and the pebble leather is classic-looking and definitely won't go out of style!I got the black one so that I can use it anywhere. Whether in the office or out shopping I can definitely use and pair it with my favorite blouses and skirts.

Help other customers find the most helpful reviews    Report this | Permalink

Was this review helpful to you?  [Yes] [No]     Comment

ADVERTISEMENT

Ad feedback

**Most Recent Customer Reviews**

It really is "perfect"...

13 of 13 people found the following review helpful:

Hello, **Sign in** to get personalized recommendations. New customer? **Start here**.

Get FREE 2-Day Shipping for
Sponsored by Bla

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Acco

Shop All Departments    Search [Clothing & Accessories]    Cart    Wish

**Clothing & Accessories** | Women's   Men's   Juniors'   Young Men's   Kids' & Baby   Denim Shop   Shoes   Accessories   On



See larger image and other views (with zoom)

Share your own customer images

# Tignanello Perfect 10 French Tote
by **Tignanello**

(33 customer reviews)

Price: ~~$89.00~~
Sale: **$80.10**
You Save: **$8.90 (10%)**

Special Offers Available

**To Buy, Add to Shopping Cart**

**Color:** Honey

**In Stock.**
Ships from and sold by **eBags**.
See **pricing and availability chart** for details.

**3 new** from $80.10

**Luggage Sale**
$10 off $50 orders or $20 off $100 orders on select luggage Direct from Amazon.com and eligible for FREE Super Saver Shipping. **Shop the sale**

**$80.10** + Free Ship
In Stock. Sold by eB
Quantity: 1

or
**Sign in** to turn on 1-Click

Express Checkout with P
Soft Intonation
What's this? | Create Pa

Share

---

## Special Offers and Product Promotions

Buy from eBags:
- Get free shipping when you spend $25.00 or more on Qualifying Items offered by eBags! **Here's how** (restrictions ap

---

## Customers Who Viewed This Item Also Viewed    Pa

                        

Tignanello Perfect 10 Studded Shopper    Tignanello Modern Mix Tote    Tignanello Modern Mix Dome Tote    Tignanello Tig Tote Med Tote
(27)    (6)    (6)    (10)
$104.25 - $139.00    $74.99 - $130.50    $51.26 - $109.00

---

## Product Features
- leather
- Chain print satin lining
- Magnetic snap closure
- 6.25" shoulder drop

**Product Ads from External Websites** ( What's this? )                                                                                   Sponsored C

---

**Tag this product**  (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**

---

**Customer Reviews**

**33 Reviews**
| 5 star: | (22) |
| 4 star: | (10) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (1) |

**Average Customer Review**
(33 customer reviews)

Share your thoughts with other customers:

---

**Most Helpful Customer Reviews**

9 of 9 people found the following review helpful:

**great handbag**, December 27, 2007

By **Steve D. Knudsen**    (MN)  -  See all my reviews

This review is from: **Tignanello Perfect 10 French Tote (Apparel)**

My girlfriend loves this bag, it matches perfectly to her expresso jacket. Only complaint was that there is no center divider. Overall she enjoys it and has already made it her daily purse

Help other customers find the most helpful reviews     Report this | Permalink

Was this review helpful to you?   [Yes] [No]            Comment



Ad feedback

14 of 16 people found the following review helpful:

**Nice Handbag**, January 2, 2008

By **an honest reviewer**    -  See all my reviews

**Most Recent Customer Reviews**

**Nice gift for wife**
I bought this handbag for my wife for her anniversary. She never asks for any expensive items as gift. So a handbag for $80 is not above and beyond for her.
**Read more**
Published 17 minutes ago by Charles C.

This review is from: Tignanello Perfect 10 French Tote (Apparel)

I bought this on sale for a friend who liked it.
What I don't really like is the contrasting stitching on the bag.I prefered the smooth texture to the pebbled grain.
It has a magnetic closure,there is no zipper and so your things aren't secured from the top.
It is overall a very nice,convenient bag.

Help other customers find the most helpful reviews     Report this | Permalink

Was this review helpful to you?   [Yes] [No]            Comment

**Love This BAG!!!!!!!**
I love this bag...my favorite, great leather,color and SIZE.
It is 5 star, love to have it in several colors.....GREAT..!
Published 1 month ago by K. Brown

5 of 5 people found the following review helpful:

**Nice bag, but you can find it for less elsewhere**, April 12, 2008

**too cute to be true!**



Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Get FREE 2-Day Shipping for
Sponsored by Bla
Your Acco

Shop All Departments | Search | Clothing & Accessories | | Cart | Wish

Clothing & Accessories | Women's | Men's | Juniors' | Young Men's | Kids' & Baby | Denim Shop | Shoes | Accessories | On

See larger image and other views (with zoom)

Share your own customer images

# Tignanello Modern Mix Dome Tote

by Tignanello

(6 customer reviews)

Price: $109.00

**To Buy, Add to Shopping Cart**

**Color:** Honey (Multi)

**In stock.**
Processing takes an additional 4 to 5 days for orders from this seller.
Ships from and sold by **Buy.com**.
See pricing and availability chart for details.

**2 new** from $107.10

**Luggage Sale**
$10 off $50 orders or $20 off $100 orders on select luggage Direct from Amazon.com and eligible for FREE Super Saver Shipping. Shop the sale

**$109.00** + Free Shi

In stock. Processing takes a
4 to 5 days. Sold by B

Quantity: 1

or

Sign in to turn on 1-Click

**Express Checkout with F**

Soft Intonation

What's this? | Create Pa

**More Buying Cho**

eBags
$107.10 + Free Shipping

**2 new** from $107.10

Share

## Special Offers and Product Promotions

Buy from eBags:

- Get free shipping when you spend $25.00 or more on Qualifying Items offered by eBags! Here's how (restrictions ap

Buy from Amazon.com:

- Eligible for Free Returns on Clothing items fulfilled by Amazon.com in the Amazon Clothing and Accessories Store. H how (restrictions apply)

## Customers Who Bought This Item Also Bought


Oxo Good Grips Cherry Pitter
(82)
$12.49


Tignanello Perfect 10 Studded Shopper
(27)
$104.25 - $139.00


EatingWell
(42)
$14.97


Bare Escentuals BareMinerals
(502)
$14.95 - $66.00

---

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

**Tignanello Handbags**
eBags.com/**Tignanello**-Sale   -   Up to 50% Off **Tignanello** Handbags! Plus, Free Shipping & Free Returns.

**Tote Bag On Sale Now $.49**
www.MyShopAngel.com/**tote**-bag-sale   -   Custom Logo Imprinted or Blank Bags Low Prices Free Setup Millions Sold

**Tignanello Handbag Sale**
www.boscovs.com   -   **Tignanello** bags on sale plus Free Shipping over $50 today!

See a problem with these advertisements? Let us know                                             Adverti

---

**Product Ads from External Websites**  (What's this?)                              Sponsored C

---

## Tag this product  (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**

---

## Customer Reviews

**6 Reviews**

| 5 star: | (6) |
| 4 star: | (0) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (0) |

**Average Customer Review**
(6 customer reviews)

Share your thoughts with other customers:

ADVERTISEMENT

### Most Helpful Customer Reviews

2 of 2 people found the following review helpful:

**Great bag, nice color combination**, December 28, 2009

By **Guilt-ridden shoe addict**   -   See all my reviews
**This review is from:** Tignanello Modern Mix Dome Tote **(Apparel)**

I just bought this today at an after-Christmas sale. I think it was a return...lucky me! It was deeply discounted and I found a $10 bill in the pocket! It's a great, medium-sized bag of good quality leather and



See larger image and other views (with zoom)

See 1 customer image
Share your own customer images

# Tignanello Perfect Body Cross-Body

by Tignanello

(10 customer reviews)

Price: ~~$69.00~~
Sale: $62.10
You Save: $6.90 (10%)
Special Offers Available

**To Buy, Add to Shopping Cart**

**Color:** Burnt orange

**In Stock.**
Ships from and sold by **eBags**.
See pricing and availability chart for details.

**2 new** from $62.10

**Father's Day Sale on Clothing**
$10 off $50 orders or $20 off $100 orders on select clothing Direct from Amazon.com and eligible for FREE Super Saver Shipping. Shop the sale

**$62.10** + Free Shipping

In Stock. Sold by **eBags**

Quantity: 1

**or**

Sign in to turn on 1-Click ordering.

**Express Checkout with PayPhrase**

Soft Intonation

What's this? | Create PayPhrase

**More Buying Choices**

Buy.com
$69.00 + Free Shipping

**2 new** from $62.10

Share

## Special Offers and Product Promotions

Buy from eBags:

- Get free shipping when you spend $25.00 or more on Qualifying Items offered by eBags! Here's how (restrictions apply)

Buy from Amazon.com:

- Eligible for Free Returns on Clothing items fulfilled by Amazon.com in the Amazon Clothing and Accessories Store. Here's how (restrictions apply)

## Customers Who Viewed This Item Also Viewed

Page 1 of 11

Tignanello Multi Pocket Organizer
(2)
$68.20 - $79.00

Tignanello Touchables Cargo Cross-Body
(3)
$49.99 - $62.99

Tignanello Glam Tote Cross-Body
$56.99 - $98.10

Tignanello Touchables Belting Cross-Body

## Product Features

- leather
- Printed satin lining
- Zipper closure
- 22.5" shoulder drop

**Tag this product** (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**

## Customer Reviews

**10 Reviews**

| | |
|---|---|
| 5 star: | (5) |
| 4 star: | (3) |
| 3 star: | (0) |
| 2 star: | (2) |
| 1 star: | (0) |

**Average Customer Review**
(10 customer reviews)

Share your thoughts with other customers:

### Most Helpful Customer Reviews

10 of 10 people found the following review helpful:

**Tignanello Crossbody Organizer is perfect**, March 3, 2008

By **S. Brown**   (Michigan) - See all my reviews

This review is from: **Tignanello Perfect Body Cross-Body (Apparel)**

The Tignanello Perfect Body Crossbody Organizer is the perfect purse to carry to sporting events that have restrictions on the size of a bag a person can bring into a stadium or arena. The price on Amazon was perfect, too! Cheaper than Macy's, plus free shipping, made the decision to purchase from Amazon easy.

Help other customers find the most helpful reviews         Report this | Permalink
Was this review helpful to you?  [Yes] [No]          Comment

---

8 of 8 people found the following review helpful:

**Love it!**, March 18, 2008

By **Smithster "smithduke"**   (Millington, NJ United States) - See all my reviews

Amazon Verified Purchase (What's this?)
This review is from: **Tignanello Perfect Body Cross-Body (Apparel)**

I ordered the maize color and it's so beautiful. The front zippered compartment has slots for credit cards, id cards, etc. The inside has another zipperd compartment that I use for my cash and change. The only thing I would have liked is to be able to adjust the length of the strap. I'm short and hangs a little bit too low on my hip. Over all, the bag has enough room inside for some makeup, a small change purse, and other small items. The texture is very soft and supple and I don't find myself crushing in items to make them fit.

Help other customers find the most helpful reviews         Report this | Permalink
Was this review helpful to you?  [Yes] [No]          Comment

---

5 of 5 people found the following review helpful:

**Great bag, unsure about quality control**, August 12, 2008

By **Sue B. Honey "born & bred in the USA"**   (Tallahassee, FLA) - See all my reviews

Amazon Verified Purchase (What's this?)
This review is from: Tignanello Perfect Body Cross-Body (Apparel)

I have always wanted this bag. And when I saw it for $24.xx less 20%, I jumped on it!

### Most Recent Customer Reviews

**Cross-Body Purse**
I returned this purse, because the zipper was defective. I was surprised, because Tiganello products are usually of excellent quality.
Published 4 months ago by J. B. Steptoe

**What an awful zipper**
Since I had heard of problems with the zipper sticking, I made sure to check mine right away. Well, the zipper does open and close fine, but... Read more
Published 6 months ago by Solsa55

**Perfect cross body bag**
I purchased mine at Macys (they were having a great 40% sale!) and am a big fan of this cross body bag. Read more
Published 8 months ago by jp

**Good travel purse!**
I purchased this bag for a trip I went on. Very cute bag - held essentials (money, CC's, phone, lipstick, etc). Thin profile was good - close to body. Read more
Published 17 months ago by D. Robertson

Hello. **Sign in** to get personalized recommendations. New customer? **Start here**.

Get FREE 2-Day Shipping for Father's Day
Sponsored by Black & Decker

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards    Your Account | Help

**Shop All Departments**    Search    Clothing & Accessories    Cart    Wish List

**Clothing & Accessories**    Women's   Men's   Juniors'   Young Men's   Kids' & Baby   Denim Shop   Shoes   Accessories   On Sale Now

**Tignanello Pocket Perfection Swagger Satchel**
by Tignanello
(10 customer reviews)

List Price: $149.00
Price: $119.99
Sale: $107.99
You Save: $41.01 (28%)
Special Offers Available

**To Buy, Add to Shopping Cart**
**Color:** British Tan

**In Stock.**
Ships from and sold by **eBags**.
See **pricing and availability chart** for details.
Only 5 left in stock--order soon.

2 new from $107.99

**Father's Day Sale on Clothing**
$10 off $50 orders or $20 off $100 orders on select clothing Direct from Amazon.com and eligible for FREE Super Saver Shipping. Shop the sale

$107.99 + Free Shipping
In Stock. Sold by **eBags**
Quantity: 1

or
**Sign in** to turn on 1-Click ordering.

**Express Checkout with PayPhrase**
Soft Intonation
What's this? | Create PayPhrase

**More Buying Choices**
Buy.com
$119.99 + Free Shipping

**2 new** from $107.99

Share

See larger image and other views (with zoom)

Share your own customer images

## Special Offers and Product Promotions
Buy from eBags:
- Get free shipping when you spend $25.00 or more on Qualifying Items offered by eBags! Here's how (restrictions apply)

## Customers Who Viewed This Item Also Viewed    Page 1 of 10


Tignanello Pleated Pockets Satchel
(1)
$55.60


Tignanello Modern Mix Triple Entry Satchel
(1)
$94.49


Tignanello Tig Tote Med Tote
(10)
 


Tignanello Perfect 10 Studded Shopper
(27)
$104.25 - $139.00

## Product Features
- leather
- Logo printed satin lining
- Zipper closure
- 10.0" shoulder drop
- 8.25" high
- 8.25" wide
- Front and back compartment have hidden magnetic closure with interior lining

**Customer Reviews**

10 Reviews
5 star: (7)
4 star: (2)
3 star: (0)
2 star: (0)
1 star: (1)

Average Customer Review
(10 customer reviews)

Share your thoughts with other customers:

ADVERTISEMENT

Ad feedback

### Most Helpful Customer Reviews

7 of 7 people found the following review helpful:

**Wonderful Satchel from Tignanello**, May 9, 2008

By **S. Henson**   (Virginia) - See all my reviews

This review is from: **Tignanello Pocket Perfection Swagger Satchel (Apparel)**

This is my fourth Tignanello bag, and it's a winner! I have it in honey and it is gorgeous. It's classy and an organizational dream; it has two outside zip pockets, a center zip-top compartment, and two compartments on either side that have magnetic closures. Inside the center zip-top compartment, there are two eyeglass/cell phone pockets and a zip pocket. The only strange thing about this bag is that the zippers used on the two outside pockets are different. This is odd, but doesn't detract. The overall size of the bag is deceiving -- while it is not large, it can hold a lot! The leather is so nice, and the weight of the bag is ideal for me. You know it's there, but it's not heavy. The honey color and silvertone hardware goes well with so many clothes. I can tell that this is going to be my "go-to" daily bag, and I will take it on upcoming vacations and business trips alike. I wanted to find a classy, mid-sized bag with lots of organization for daily use and trips, and this one more than fits the bill.

Help other customers find the most helpful reviews   Report this | Permalink
Was this review helpful to you? [Yes] [No]      Comment

### Most Recent Customer Reviews

**Love the bag, hate wide straps.**
I really love the Tignanello brand and have been buying them for at least 10 years. The quality is fantastic and attention to detail can not be beat. Read more
Published 5 months ago by Lori L. Howell

**Mrs.**
I like this bag a lot, has a lot of pockets, it is not heavy. It is perfect.
Published 9 months ago by Alma De Christensson

**LOVE IT!**
This is a beautiful purse. The leather is so soft and supple. The inside fabric is super soft and makes you feel like you bought a $500 bag. I love it. Read more
Published 12 months ago by K. Duvall

**THE PERFECT EVERYDAY HANDBAG**
I LOVE THIS BAG. IT IS THE PERFECT SIZE AND THE LEATHER IS SO SOFT. IT HAS A PLACE FOR EVERYTHING AND I TEND TO TAKE EVERYTHING WITH ME! Read more
Published 16 months ago by L. Edwards

**preppy flair**
A beautiful handbag with a preppy flair. Medium size, perfect to keep my day organized.
Published 18 months ago by aocd

**Beautful handbag!**
This handbag is better than I expected. I bought it in black and plan on buying it in brown also. I have gotten many compliments on the style, and it is perfect for a working... Read more

1 of 1 people found the following review helpful:

**Great bag!**, December 10, 2008

By **S. Nelson**   (florida) - See all my reviews

This review is from: **Tignanello Pocket Perfection Swagger Satchel (Apparel)**

I purchased this in black. It has very good quality and a nice silky interior. There are zipper pockets on the outside on both sides, open areas (with hidden magnetic closure) on each side and a big zipper compartment in the middle with hidden zipper compartment. I think that it is the most perfect bag I have owned so far. I purchased it on special and that price is so longer valid otherwise I would purchase another one in another color. If all of the Tignanello bags are the same quality, I would not hesitate in buying any of them.

Help other customers find the most helpful reviews   Report this | Permalink
Was this review helpful to you? [Yes] [No]      Comment

1 of 1 people found the following review helpful:

**LOVE IT...LOVE IT !!**, November 11, 2008

By **Kristie Anderson**   (Texas) - See all my reviews

This review is from: **Tignanello Pocket Perfection Swagger Satchel (Apparel)**

I love this bag! It's my first Tignanello bag and I will definitely be purchasing more. I bought it in classic black, but am considering purchasing another one in a different color. The leather is soooo soft. Lots of room. Love the two side pockets with the magnetic closure....makes it easy for quick items like keys and phone, etc.
I would not hesitate in recommending it.

Help other customers find the most helpful reviews   Report this | Permalink
Was this review helpful to you? [Yes] [No]      Comment

Read more

Hello. **Sign in** to get personalized recommendations. New customer? **Start here.**

**FREE 2-Day Shipping: See details**

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

**Shop All Departments**   Search  Clothing & Accessories   Cart   Wish List

**Clothing & Accessories**   Women's   Men's   Juniors'   Young Men's   Kids' & Baby   Denim Shop   Shoes   Accessories   On Sale Now



See larger image (with zoom)

See 1 customer image
Share your own customer images

### Tignanello Touchables Tote
Other products by **Tignanello**

(**6 customer reviews**)  |  More about this product

**Currently unavailable.**
We don't know when or if this item will be back in stock.

**Share**

---

## Customers Who Viewed This Item Also Viewed

Page 1 of 11

Back



**Tignanello Touchables Bright Light Tote**
(2)
$129.00



**Tignanello Glam Zip Pocket Tote**
(4)
$112.49



**Tignanello Soft Casual Dome Shopper**
(2)
$62.63 - $109.00



**Tignanello Pleated Pockets Satchel**
(1)
$55.60 - $61.24

Next



**Tignanello Glam Tote Hobo**
$80.99 - $95.99

---

## Customers Viewing This Page May Be Interested in These Sponsored Links   (What's this?)

| $5.48 | $13.49 | $1.00 | $8.00 - $66.00 |
|---|---|---|---|
|  | (112) |  |  |
|  | $7.99 |  |  |

**Product Ads from External Websites** ( What's this? )                                              *Sponsored Content*

A Potty for Me!: A Lift-the-Flap Instruction Manual by Karen Katz

---

**Tag this product** (What's this?)        **Search Products Tagged with**
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

> **Explore product tags**

---

## Customer Reviews

**6 Reviews**

| 5 star: | (4) |
| 4 star: | (1) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (1) |

**Average Customer Review**
( 6 customer reviews )

Share your thoughts with other customers:

### Most Helpful Customer Reviews

3 of 3 people found the following review helpful:
**Soft leather**, May 23, 2009
By **Nixie Martin Zavala**    - See all my reviews

**Amazon Verified Purchase** (What's this?)
**This review is from:** Tignanello Touchables Tote (Apparel)

Really soft leather that I prefer. I like the two outer side pockets for drinks, sippy cups, etc. Plenty of room to carry everything I need. The inside center zippered pouch is large enough to keep my large wallet and other valuables. Only reason I rate a four, is that the leather is so soft with no support on the bottom --so i makes it hard to find things being so deep. Overall, the quality is excellent.

Help other customers find the most helpful reviews        Report this | Permalink
Was this review helpful to you?  [Yes] [No]       Comment



Ad feedback

3 of 3 people found the following review helpful:
**Very nice handbag**, March 22, 2009
By **JoanneinMI**    (United States)   - See all my reviews

**Amazon Verified Purchase** (What's this?)
**This review is from:** Tignanello Touchables Tote (Apparel)

The Tignanello touchable leather is SO soft! I love it. I like the size of the tote - not super big, but comfortable to carry on the shoulder. Tignanello has become my favorite brand for handbags.

Help other customers find the most helpful reviews        Report this | Permalink
Was this review helpful to you?  [Yes] [No]       Comment

### Most Recent Customer Reviews

**great quality, lots of space**
Very good purse, I have bought two different colors for my daughters and they love them.
Published 4 months ago by cflw

**Really a Tig Winner**
Butter soft leather, but doesn't scratch badly. I've carried mine for several months, and thoroughly enjoy it. It is squishy and doesn't stand up tall. **Read more**

1 of 1 people found the following review helpful: