**EXHIBIT R**

# *-APPLICATION-*

## Title
**Title of Work:** Tignanello Dome Tote

## Completion/Publication
**Year of Completion:** 2008

**Date of 1st Publication:** August 31, 2008   **Nation of 1st Publication:** United States

## Author
- **Author:** VZI Investment Corp.
  **Author Created:** sculpture/3-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** VZI Investment Corp.

411 Fifth Avenue, New York, NY, 10016, United States

## Rights and Permissions
**Organization Name:** Salans LLP

**Name:** Lora Moffatt

**Address:** Rockefeller Center

620 Fifth Avenue

New York, NY 10020   United States

## Certification
**Name:** Lora Moffatt

**Date:** June 11, 2010

**Registration #:**

**Service Request #:**   1-421447261

**Application Date:**   06-11-2010 16:30:49

## Correspondent ─────────────────────────────────────────

    **Organization Name:**   Salans LLP
                  **Name:**   Lora  Moffatt
               **Address:**   Rockefeller Center
                             620 Fifth Avenue
                             New York, NY 10020 United States

## Mail Certificate ─────────────────────────────────────────

Salans LLP
Lora Moffatt
Rockefeller Center
620 Fifth Avenue
New York, NY 10020  United States

```
-----Original Message-----
From: Copyright Office [mailto:cop-rc@loc.gov]
Sent: Friday, June 11, 2010 4:29 PM
To: Lora A. Moffatt
Subject: Acknowledgement of Receipt
```

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work Tignanello Dome Tote was received on 06/11/2010. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions:  Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number [1-421447261].

[THREAD ID: 1-6Z1ZLU]

United States Copyright Office