**EXHIBIT S**

WILSONS LEATHER

SUBSCRIBE & RECEIVE SPECIAL OFFERS | SHOPPING BAG (0 items)

Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704 SEARCH

WOMEN'S OUTERWEAR | HANDBAGS & ACCESSORIES | MEN'S OUTERWEAR | MEN'S ACCESSORIES | BUSINESS & TRAVEL | KIDS | CLEARANCE | SPECIAL OFFERS

Home > Shoes and Handbags > View All Handbags

Larger View

Click to View Another Color

Click for Different Views

# Pelle Leather Crossbody Organizer

**Product Rating** (0 Ratings)

Write a Review >

- A genuine leather cross-body bag by Pelle is ideal for securing valuables when traveling.
- 45" rolled shoulder strap (Drop: 23")
- Metal hardware
- Zippered, gusseted front pocket with interior organizer
- Zip-across top closure
- Zippered interior pocket; 2 open accessory sleeves
- Genuine pebbled leather
- Full lining
- 8½"W x 7"H x 1½"D

**Style 09C0524**

~~$80.00~~
**Now $39.99**

**Select a Color:** Black
**Size:** **Unsized Item**
**Quantity:** 1

ADD TO MY BAG

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

Already own it? Write a Review

**Recently Viewed**

Pelle Leather Crossbody Organizer
~~$120.00~~
**Now $49.99**

Pelle Tipped Off East / West Leather Tote
~~$160.00~~
**Now $79.99**

Browse

**You Might Also Like**

Women's Black Rivet Skirt Bottom Military Trench
~~$129.88~~
**Now $51.95**

Women's Black Rivet Belted Banded Bottom 3/4
~~$149.88~~
**Now $59.95**

Black Rivet Belted Banded Bottom 3/4
~~$129.88~~
**Now $51.95**

About Us | Experience Leather | Product Reviews | Career Opportunities | Affiliate Program | Gift Cards | Group Sales | Site Map

© Wilsons Leather. All rights reserved.
Privacy Policy | Terms & Conditions

