**EXHIBIT T**



Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704

Home > Shoes and Handbags > View All Handbags

Browse



Larger View

Click to View Another Color

Click for Different Views



**Recently Viewed**

Pelle Tipped Off Leather Satchel
$160.00
**Now $79.99**

Pelle Tipped Off Domed Leather Tote
$120.00

### Pelle Tipped Off Small Leather Tote

**Product Rating**  (0 Ratings)

Write a Review >

- Get clued in with the Tipped Off Collection from Pelle.
- Two 14" rolled carry handles (Drop: 5½")
- Metal hardware
- Adjustable buckle detail on straps; metal base feet
- Invisible magnetic snap top closure and security clasp
- Zippered interior pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 10"W x 7"H x 6"D

**Style 09C0529**
$120.00
**Now $49.99**

Select a Color:   Black
Size:   Unsized Item
Quantity:   1

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

Already own it? Write a Review

**You Might Also Like**



Women's Black Rivet Skirt Bottom Military Trench
$129.88
**Now $51.95**



Women's Black Rivet Belted Banded Bottom 3/4
$149.88
**Now $59.95**



Nine West Asymmetrical Belted Fabric 3/4
$149.88
**Now $59.95**