**EXHIBIT U**



Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704

Home > Shoes and Handbags > View All Handbags

《Browse》



Larger View

Click to View Another Color



Click for Different Views



**Recently Viewed**



Pelle Tipped Off Leather Satchel
$160.00
**Now $79.99**

Pelle Tipped Off Domed Leather Tote

### Pelle Tipped Off East / West Leather Tote

**Product Rating**     (2 Ratings)

Write a Review >  | Read 2 Reviews >

- Get clued in with the Tipped Off Collection from Pelle.
- Two 21" shoulder straps (Drop: 10½")
- Metal hardware
- Two magnetic snap pockets at sides; front and back tab details; structured base
- Invisible magnetic snap top closure
- 2-section interior with zippered divider; zippered interior pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 13"W x 9"H x 7"D

**Style 09C0525**
$160.00
**Now $79.99**

Select a Color:     Red
Size:               Unsized Item
Quantity:           1

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

| AVG. CUSTOMER RATING: | (based on 2 reviews) |
|---|---|

Already own it? Write a Review

Sort by: Newest first

Displaying Reviews **1-2** of 2

*[1 of 1 customers found this review helpful]*

**The perfect bag!!!**

By **Kicking back in AZ** from **Phoenix AZ** on **12/14/2009**

**You Might Also Like**



Black Rivet Lamb Jacket w/ Wide Elastic Waist
$300.00
**Now $59.99**



Kenneth Cole Leather Wing Collar Scuba
$400.00
**Now $149.99**



Kenneth Cole Leather Touch Asymmetrical Cycle Jacket
$130.00
**Now $59.99**