**EXHIBIT V**

WILSONS LEATHER

SUBSCRIBE & RECEIVE SPECIAL OFFERS | SHOPPING BAG (0 items)

Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704 | SEARCH

WOMEN'S OUTERWEAR | HANDBAGS & ACCESSORIES | MEN'S OUTERWEAR | MEN'S ACCESSORIES | BUSINESS & TRAVEL | KIDS | CLEARANCE | SPECIAL OFFERS

Home > Shoes and Handbags > View All Handbags

« Browse »

Larger View

Click for Different Views

# Pelle Leather Crossbody Organizer

**Product Rating** (0 Ratings)

Write a Review >

- Keep everything stashed in this functional leather organizer bag from Pelle.
- Adjustable shoulder strap for cross body comfort
- Metal hardware
- Zip-across front pocket; zip-around gusseted front pocket with interior organization; zip-across back pocket
- Zippered top closure
- Zippered interior pocket; 2 open accessory sleeves
- Genuine full-grain leather
- Full lining
- 10"W x 9"H x 2"D

**Style 09C0523**

~~$100.00~~
**Now $49.99**

**Color: DARK BLUE** **Size: Unsized Item**

**Quantity:** 1

ADD TO MY BAG

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

Already own it? Write a Review

**You Might Also Like**

**Recently Viewed**

Pelle Leather Crossbody Organizer
~~$80.00~~
**Now $39.99**

Pelle Leather Crossbody Organizer
~~$120.00~~
**Now $49.99**

About Us | Experience Leather | Product Reviews | Career Opportunities | Affiliate Program | Gift Cards | Group Sales | Site Map

