**EXHIBIT W**



Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704

**Home** > Shoes and Handbags > View All Handbags

Browse

### Pelle Tipped Off Domed Leather Tote

**Product Rating**  (0 Ratings)

Write a Review >

- Get clued in with the Tipped Off Collection from Pelle.
- Two 22½" rolled shoulder straps (Drop: 9½")
- Metal hardware
- Open front and back pockets; structured base
- Invisible magnetic snap top closure
- 2-compartment interior with zippered divider; zippered interior pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 14"W x 8"H x 6"D

**Style 09C0528**
$120.00
**Now $49.99**

**Select a Color:** Red
**Size:** Unsized Item
**Quantity:** 1

- Add Item(s) to WishList
- Email a friend

Larger View
Click to View Another Color
Click for Different Views

**Recently Viewed**

Pelle Leather Crossbody Organizer
$100.00
**Now $49.99**

Pelle Leather Crossbody Organizer
$80.00

**Review Snapshot®**

Already own it? Write a Review

**You Might Also Like**

Women's Black Rivet Asymmetrical Zip Front Fabric 3/4
$149.88
**Now $59.95**

Women's Calvin Klein Textured Trench
$200.00
**Now $71.95**

Nine West Asymmetrical Belted Fabric 3/4
$149.88
**Now $59.95**