**EXHIBIT X**



Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704

Home > Shoes and Handbags > View All Handbags

≪Browse≫

**Pelle Tipped Off Leather Satchel**



Larger View

Click for Different Views



**Recently Viewed**



Pelle Tipped Off Domed Leather Tote
$120.00
**Now $49.99**



Pelle Leather Crossbody Organizer
$100.00
**Now $49.99**

**Product Rating**                          (0 Ratings)

Write a Review >

- Get clued in with the Tipped Off Collection from Pelle.
- Two 20" shoulder straps (Drop: 10")
- Metal hardware
- Zip-across front and back pockets; 2 magnetic snap pockets; adjustable buckle on straps; metal base feet
- Zip-across top closure
- Zippered interior pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 14"W x 8"H x 5"D

**Style 09C0527**
$160.00
**Now $79.99**

Color: Black          Size: Unsized Item
Quantity:             [ 1 ]

[ADD TO MY BAG]

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

Already own it? Write a Review

**You Might Also Like**



Black Rivet Lamb Jacket w/ Wide Elastic Waist
$300.00
**Now $59.99**



Kenneth Cole Leather Touch Asymmetrical Cycle Jacket
$130.00
**Now $59.99**



Pelle Trapunto Belted Skirt Bottom Trench
$129.88
**Now $51.95**

About Us | Experience Leather | Product Reviews | Career Opportunities | Affiliate Program | Gift Cards | Group Sales | Site Map