**EXHIBIT Y**

WILSONS LEATHER

SUBSCRIBE & RECEIVE SPECIAL OFFERS | SHOPPING BAG (0 items)

Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704 SEARCH

WOMEN'S OUTERWEAR | HANDBAGS & ACCESSORIES | MEN'S OUTERWEAR | MEN'S ACCESSORIES | BUSINESS & TRAVEL | KIDS | CLEARANCE | SPECIAL OFFERS

Home > Clearance > Handbags & Accessories > Handbags

Browse

Larger View

Click to View Another Color

Click for Different Views

# Pelle Dead Ringer Leather Top Zip Satchel

**Product Rating** (0 Ratings)

Write a Review >

- Truly unique, the Dead Ringer Collection from Pelle.
- 19" carry handle (Drop: 9")
- Metal hardware
- 2 side drop pockets; gathered detail at base
- Zip-across top closure
- Zippered interior pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 12"W x 7"H x 3½"D

**Style** 36890

~~$129.88~~
**Now $51.95**

**Select a Color:** Black

**Size:** Unsized Item

**Quantity:** 1

ADD TO MY BAG

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

Already own it? Write a Review

**You Might Also Like**

Pelle Enamel Button Trench
~~$160.00~~
**Now $59.95**

Pelle Leopard Print Peacoat
~~$129.88~~
**Now $51.95**

Pelle Lamb 3/4 Length
~~$400.00~~
**Now $149.99**

**Recently Viewed**

Black Rivet Bella Leather Touch Belted Shopper
~~$100.00~~
**Now $49.99**

