**EXHIBIT Z**



SUBSCRIBE & RECEIVE SPECIAL OFFERS    SHOPPING BAG (0 items)

Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704   [SEARCH]

WOMEN'S OUTERWEAR | HANDBAGS & ACCESSORIES | MEN'S OUTERWEAR | MEN'S ACCESSORIES | BUSINESS & TRAVEL | KIDS | CLEARANCE | SPECIAL OFFERS

Home  >  Clearance  >  Handbags & Accessories  >  Handbags

≪Browse≫

**You Might Also Like**

### Pelle Dead Ringer Leather Double Handle Bucket

**Product Rating**                (0 Ratings)
Write a Review >

- Truly unique, the Dead Ringer Collection from Pelle.
- Two 20" shoulder straps (Drop: 9½")
- Metal hardware
- 2 side drop pockets; gathered detail at base
- Invisible magnetic snap top closure
- 2-section interior with zippered divider; zippered pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 15"W x 11½"H x 4½"D

**Style 36891**
~~$179.00~~
**Now $71.95**

Color: Brown              Size: Unsized Item
Quantity:                  | 1

[ADD TO MY BAG]

- Add Item(s) to WishList
- Email a friend



Street Legal Band Collar Leather Cycle Jacket
~~$300.00~~
Now $99.99

Larger View 🔍

Click for Different Views



Pelle Leopard Print Peacoat
~~$129.00~~
Now $51.95



Plus Size Kenneth Cole Leather Blazer
~~$400.00~~
Now $179.99

**Recently Viewed**





Pelle Dead Ringer Leather Top Zip Satchel
~~$129.00~~
Now $51.95

**Review Snapshot®**
Already own it? Write a Review