**EXHIBIT AA**

WILSONS LEATHER

SUBSCRIBE & RECEIVE SPECIAL OFFERS | SHOPPING BAG (0 items)

Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704 | SEARCH

WOMEN'S OUTERWEAR | HANDBAGS & ACCESSORIES | MEN'S OUTERWEAR | MEN'S ACCESSORIES | BUSINESS & TRAVEL | KIDS | CLEARANCE | SPECIAL OFFERS

Home > Handbags & Accessories > View All Handbags | Browse

Larger View

Click to View Another Color

Click for Different Views

**Recently Viewed**

Pelle Dead Ringer Leather Top Zip Satchel
~~$129.88~~
**Now $51.95**

**"NEW ARRIVALS"**

## Black Rivet Bella Leather Touch Belted Shopper

**Product Rating** (0 Ratings)

Write a Review >

- Pretty as a picture, the Bella Collection from Black Rivet.
- Two 21" shoulder straps (Drop: 10")
- Metal hardware
- Attached belted detail around top; two side drop pockets; zip-across rear pocket; structured base
- Magnetic snap closure
- Zip-across interior pocket; 3 accessory sleeves; 3 card slots
- Faux leather exterior
- Full lining
- 15"W x 9"H x 4"D

**Style A47185A**

~~$100.00~~
**Now $49.99**

**Select a Color:** Turquoise
**Size:** Unsized Item
**Quantity:** 1

ADD TO MY BAG

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**
Already own it? Write a Review

**You Might Also Like**

Black Rivet Lamb Jacket w/ Wide Elastic Waist
~~$300.00~~
**Now $59.99**

McKlein Women's Granville Wheeled Laptop Briefcase
~~$300.00~~
**Now $149.99**

Pelle Bar Harbor Reptile Print Clutch
~~$50.00~~
**Now $24.99**

About Us | Experience Leather | Product Reviews | Career Opportunities | Affiliate Program | Gift Cards | Group Sales | Site Map

© Wilsons Leather. All rights reserved.
Privacy Policy | Terms & Conditions

