**EXHIBIT B8**

# B. Makowsky Dublin Tote

