**EXHIBIT CC**



**WILSONS LEATHER**

SUBSCRIBE & RECEIVE SPECIAL OFFERS | SHOPPING BAG (0 items)

Store Locator | My Account | Wish List | Customer Care: 1-866-305-4704 | [SEARCH]

WOMEN'S OUTERWEAR | HANDBAGS & ACCESSORIES | MEN'S OUTERWEAR | MEN'S ACCESSORIES | BUSINESS & TRAVEL | KIDS | CLEARANCE | SPECIAL OFFERS

Home > Clearance Accessories

≪ Browse ≫



Larger View

Click for Different Views



**Recently Viewed**



Pelle Leather
Double Handle
Tote
$249.00
Now $99.95

### Pelle Leather Double Handle Tote

**Product Rating**          (0 Ratings)

Write a Review >

- The casual sophistication of this leather bag from Pelle is ideal for anytime use.
- Two 24" shoulder straps with buckled detail (Drop: 11")
- Gold-tone hardware
- Front belted detail with lobster-claw clasp; zip-across front pocket; back slash pocket
- Invisible magnetic snap top closure
- 2-section interior with zippered divider; zippered interior pocket
- Genuine leather exterior
- Full lining
- 16"W x 13½"H x 3½"D

**Style** TT-02
$249.00
**Now $99.95**

Color: Brown          Size: Unsized Item
Quantity:             | 1

[ADD TO MY BAG]

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**
Already own it? Write a Review

**You Might Also Like**



Plus Size Kenneth
Cole Leather Blazer
$400.00
**Now $179.99**





Pelle Leather
Asymmetrical Cycle
Jacket
$300.00
**Now $99.99**



Black Rivet
Crinkled Leather
Jacket
$350.00
**Now $179.99**

Wilsons Leather

WILSONS LEATHER   >   Pelle Leather Double Handle Tote         ☒ CLOSE WINDOW

ENHANCED IMAGE | EXPERIENCE LEATHER | LEATHER CARE

Click on a detail view to see a larger image.

