**EXHIBIT DD**



Store Locator  |  My Account  |  Wish List  |  Customer Care: 1-866-305-4704

Home  >  Shoes and Handbags  >  View All Handbags

«Browse»



Larger View

Click to View Another Color

Click for Different Views



**Recently Viewed**

Pelle Tipped Off
Small Leather
Tote
$120.00
**Now $49.99**

Pelle Tipped Off
Leather Satchel

### Pelle Tipped Off East / West Leather Tote

**Product Rating**                    (2 Ratings)

Write a Review >   |  Read 2 Reviews >

- Get clued in with the Tipped Off Collection from Pelle.
- Two 21" shoulder straps (Drop: 10½")
- Metal hardware
- Two magnetic snap pockets at sides; front and back tab details; structured base
- Invisible magnetic snap top closure
- 2-section interior with zippered divider; zippered interior pocket; 2 open accessory sleeves
- Genuine leather
- Full lining
- 13"W x 9"H x 7"D

**Style 09C0525**
$160.00
**Now $79.99**

Select a Color:    Red
Size:              Unsized Item
Quantity:          1

- Add Item(s) to WishList
- Email a friend

**Review Snapshot®**

| AVG. CUSTOMER RATING: | (based on 2 reviews) |
|---|---|
| Already own it? Write a Review | |

Sort by: Newest first

Displaying Reviews **1-2** of 2

*[1 of 1 customers found this review helpful]*

**The perfect bag!!!**

By **Kicking back in AZ** from **Phoenix AZ** on **12/14/2009**

**You Might Also Like**



Black Rivet Lamb
Jacket w/ Wide
Elastic Waist
$300.00
**Now $59.99**



Kenneth Cole
Leather Wing Collar
Scuba
$400.00
**Now $149.99**



Kenneth Cole
Leather Touch
Asymmetrical Cycle
Jacket
$130.00
**Now $59.99**

~~$160.00~~
**Now $79.99**

| | |
|---|---|
| **Pros:** | Attractive, Easy Access, Enough Compartments, Good Organization, Good Strap Length, Great Color, Great everyday bag, High Quality, Spring and winter colors |
| **Best Uses:** | Everyday, Going Out, Office, Running Errands, Shopping, Traveling |
| **Describe Yourself:** | Career, Classic, Comfort-Oriented, Fun, Modern, Practical, Stylish |
| **Bottom Line:** | Yes, I would recommend this to a friend |

This is just the perfect bag! Wish I had one in every color.....except brown and black

Was this review helpful to you? <u>Yes</u> / <u>No</u>  - You may also <u>flag this review</u>.

**my favorite purse**

By **Heather**  ✓ VERIFIED REVIEWER  from **canada** on **10/3/2009**

| | |
|---|---|
| **Pros:** | Attractive, Easy Access, Enough Compartments, Good Organization, Good Strap Length, Great Color, High Quality |
| **Cons:** | Threads coming undone |
| **Best Uses:** | Everyday |
| **Describe Yourself:** | Comfort-Oriented, Practical |
| **Bottom Line:** | No, I would not recommend this to a friend |

I was so excited when I found this purse but so disapointed after 3 wks of using it the threads around side pockets and straps is unravelling.

Was this review helpful to you? <u>Yes</u> / <u>No</u>  - You may also <u>flag this review</u>.

Displaying Reviews **1-2** of 2

About Us  |  Experience Leather  |  Product Reviews  |  Career Opportunities  |  Affiliate Program  |  Gift Cards  |  Group Sales  |  Site Map

© Wilsons Leather. All rights reserved.
Privacy Policy  |  Terms & Conditions